IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY, an Ohio insurance company, | ) ) ) | Case No.: _____ |
| Plaintiff, | ) ) | **COMPLAINT FOR DECLARATORY JUDGMENT** |
| v. | ) ) | |
| ELLERBROCK-NORRIS AGENCY, INC., a Nebraska corporation, and QUIRINO ROMERO CORTES, by and through his duly appointed Guardian and Conservator, ALMA PALACIOS, a resident of the State of Nebraska, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

COMES NOW the Plaintiff, The Cincinnati Insurance Company, (hereinafter "Cincinnati" or "Plaintiff"), by and through its attorneys of record, Woodke & Gibbons, PC, LLO, and for its Complaint for Declaratory Judgment, states and alleges as follows:

**BASIS OF FEDERAL JURISDICTION**

1.     Plaintiff's Complaint seeks a judgment declaring the respective rights of Plaintiff and Defendant Ellerbrock-Norris Agency, Inc. (hereinafter "Defendant ENA") under an insurance policy.  This Court is empowered to grant the requested relief pursuant to U.S.C §§ 2201-2202.

2.     Complete diversity of the parties is present because Plaintiff Cincinnati is an Ohio corporation and Defendants both are citizens of the State of Nebraska within the meaning of section 28-1332(a) of the United States Code.  In addition, the amount in controversy herein exceeds the sum or value of $75,000.00 within the meaning of section 28-1332(b) of the United States Code.

1

**VENUE**

3.    Pursuant to sections 28-1391(b)(1) and (b)(2)  of the United States Code, venue is proper in the United States District Court for the District of Nebraska because (i) all Defendants reside in the State of Nebraska and (ii) all of the events and acts giving rise to Cincinnati's claim herein occurred within the State of Nebraska.

**THE PARTIES**

4.    Plaintiff Cincinnati Insurance Company is an insurance company domesticated and incorporated in the State of Ohio with its principal place of business in Cincinnati, Ohio.  At all times material, Cincinnati conducted insurance business in the State of Nebraska under a Certificate of Authority duly issued by the State of Nebraska, through the Nebraska Department of Insurance.

5.    Defendant ENA is a corporation organized and existing under the laws of the State of Nebraska, with its principal place of business in Hastings, Nebraska.  Defendant ENA is an insurance agency that also serves as a "holistic risk management" agency.

6.    Defendant Quirino Romero Cortes, by and through his duly appointed Guardian and Conservator, Alma Palacios (hereinafter "Cortes") is a resident of the State of Nebraska.  As discussed more fully below, Defendant Cortes is a named Plaintiff in an action pending in the District Court of Douglas County, styled as:  *Quirino Romero Cortes, by and through his duly appointed Guardian and Conservator, Alma Palacios, and Travelers Property & Casualty Company of America v. Scribner Enterprises, Inc. and Ellerbrock-Norris Agency, Inc.*, Case No. CI 26-4731.  Upon information and belief, Cortes is a party whose rights may be affected by the declaratory relief requested by Cincinnati herein within the meaning of section 28-2202 of the United States Code and Rule 57 of the Federal Rules of Civil Procedure.

2

## FACTS

7.      Cincinnati issued the subject insurance policy to named insured Defendant Ellerbrock-Norris Agency Inc. effective from February 1, 2024, to February 1, 2027.  For purposes of this action, the policy includes CGL Coverage Form CG0001 04/13 and its exclusionary endorsement CG2248 04/13.  A true and correct copy of the policy is attached hereto as Exhibit 1 and incorporated by this reference as though fully set forth herein.

### A.

### THE GOVERNING INSURANCE POLICY

8.      Among other things, the policy provides:

**COMMERCIAL GENERAL LIABLITY COVERAGE FORM**

**COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1.      Insuring Agreement**

**a**. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in **SECTION III – LIMITS OF INSURANCE**; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under **SECTION I – COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; SECTION I – COVERAGES, COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY**; or medical expenses under **SECTION I – COVERAGES, COVERAGE C. MEDICAL PAYMENTS**.

No other obligation or liability to pay sums or perform acts or services is covered unless expressly provided for under **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.**

**b.**    This insurance applies to "bodily Injury" and "property damage" only if:

**(1)**    The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)**    The "bodily injury" or "property damage" occurs during the policy period; and

**(3)**    Prior to the "coverage term" in which "bodily injury" or "property damage" occurs, you did not know, per Paragraph 1.d. below, that the "bodily injury" or "property damage" had occurred or had begun to occur, in whole or in part.

**c.**    "Bodily injury" or "property damage" which:

**(1)**    Occurs during the "coverage term", known by you, per Paragraph 1.d. below, to have occurred; and

**(2)**    Was not, prior to the "coverage term", known by you, per Paragraph 1.d. below, to have occurred;

includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the "coverage term" in which it first became known by you.

**d.**    You will be deemed to know that "bodily injury" or "property damage" has occurred at the earliest time when any "authorized representative":

**(1)**    Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)**    Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage";

**(3)**    First observes, or reasonably should have first observed, the "bodily injury" or "property damage";

**(4)**    Becomes aware, or reasonably should have become aware, by any means other than as described in **(3)** above, that "bodily injury" or "property damage" had occurred or had begun to occur; or

**(5)**    Becomes aware, or reasonably should have become aware, of a condition from which "bodily injury" or "property damage" is substantially certain to occur.

**e.**    Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

9.    The policy also contains the following coverage exclusion, which is the subject of Cincinnati's claim for declaratory judgment:

**EXCLUSION – INSURANCE AND RELATED OPERATIONS**

This endorsement modifies insurance provided under the following:

4

COMMERCIAL GENERAL LIABILTY COVERAGE PART

The following exclusion is added to Paragraph 2. **Exclusions** of **Section I - COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and paragraph **2. Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" for which the insured may be held liable:

.    .    .    .

3.      Resulting from the rendering of or failure to render the following professional services:

    **a.**    Advising, inspecting, reporting or making recommendations in the insured's capacity as an insurance company, consultant, broker, agent or representative thereof;

.    .    .    .

    **g.**    Performing any claim, investigative, adjustment, engineering, inspection, consulting, survey, audit, appraisal, actuarial or data processing service for a fee.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1., 2.** or **3.**

**SECTION V – DEFINITIONS**

.    .    .    .

    **3.**      "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

.    .    .    .

    **16.**      "Occurrence" means an accident, including continuous or repeated

    exposure to substantially the same general harmful conditions.

**B.**

**DEFENDANT ENA'S PROFESSIONAL CONSULTING SERVICES**

10.    Among other things, Defendant ENA is a "holistic risk management" agency which "includes everything from insurance to group benefit plans, workplace safety, business exit planning and more." Included in the insurance-related operations it offers to its customers, Defendant ENA provides the "ENCORE Safety Network," which offers various levels of workplace safety and consulting services to construction general contractors; their subcontractors and employees.

11.    Defendant ENA's "ENCORE Safety Network Engagement of Services" includes a disclaimer that provides, "this program is offered with the understanding that neither the program author nor [ENA] are engaged in rendering legal, accounting, or other professional service."

**C.**

**DEFENDANT ENA'S PROFESSIONAL SERVICES ENGAGEMENT**

**WITH SCRIBNER ENTERPRISES**

12.    On or about August 29, 2024, during the Cincinnati policy period referenced in Paragraph 7, above, Scribner Enterprises, Inc. ("hereinafter "Scribner"), a Nebraska construction general contractor, contracted with Defendant ENA for the "Bronze Tier ENCORE Safety Network Engagement of Services," which included membership in the network for a quarterly fee that provided the following safety consulting services:

Bronze Tier

- Full Day In-Person (when available) Educational Event 1x/year
  - o    Best Practices Safety Update

6

- o      Leadership Training

- o      OSHA Compliance Update and Best Practices

- o      Practical Application of Safety in the Business – Work Comp and other Impacts

- o      5 person access to event

- Quarterly Webinars

- o      Safety Best Practices Update

- o      Member Spotlight

- o      What's working well?

- Monthly Educational Topics and Content

- o      Toolbox Talks and Content

- o      Compliance Updates and Changes

- ENCORE Safety Network Community Board

- Annual On-site safety training

- Full Access to ENCORE Connect Portal

- o      On-Demand Access to a Library of Content

- o      Safety Documents, Policies and Templates

- o      OSHA Compliance Updates

- o      OSHA 300 Logs

- o      Online Community

- o      Unlimited User Accounts

- WorkerSafe – Discounted rate for LMS

- Cost: $625 per

**D.**

**THE F STREET PROJECT**

**AND INCIDENT GIVING RISE TO ENA'S CLAIM**

13.     In or around November, 2024, Scribner was awarded a contract to serve as general contractor for roof work that was being performed at a commercial building located at 4520-4524 "F" Street in Omaha, Douglas County, Nebraska (hereinafter "the F Street project"). The scope of the F Street project included the removal of certain roof panels.

14.     Scribner has no employees. Scribner's work as general contractor involved hiring various subcontractors to perform the work Scribner was contracted to perform, including, at all times, the F Street project.

15.     Scribner hired GTO Roofing, an independent contractor, to perform the roof work. In turn, GTO Roofing hired Quirino Romero Cortes, the protected person herein.

16.     Prior to beginning its subcontracted work on the F Steet project, Scribner reached out to Defendant ENA for a safety audit at the worksite that included a walk-through inspection and fall protection training. Defendant ENA's representative, Cole Jones, met Scribner onsite; walked the grounds and discussed the various ways roofers could tie off when working at height on the roof. During his visit, Mr. Jones noted that Scribner had a "rough terrain scissor lift and PFAS with rope grabs."

17.     On or about November 15, 2024, Defendant ENA's representative Cole Jones conducted on-site toolbox talks to the roof workers in both Spanish and English, covering fall protection requirements. Jones also distributed written literature that highlighted hazard recognition; the importance of having a plan to evaluate the work site for dangers; the benefits of using the right fall protection equipment and the use of certain tools to prevent falls. Though

8

numerous subcontractors and their workers were present, upon information and belief, Quirino Romero Cortes, the protected person herein, was not present for one or more of ENA's lunchbox presentations.

18.    The F Street project officially began on November 19, 2024. On that same day, several metal corrugated panels were removed from the roof. As Quirino Cortes Romero was working on the roof, he inadvertently stepped into an unprotected opening left behind by the removal of a corrugated panel. He fell approximately 18 feet to the ground, landing on a vehicle parked inside the building. Cortes allegedly suffered catastrophic injuries, including severe traumatic brain injury.

19.    Scribner contacted ENA's Jones on the day of Cortes' fall to advise him that a subcontractor fell through the roof. Scribner also advised Jones that the subcontractor was not wearing fall protection and requested ESA's help with the OSHA investigation.

20.    Thereafter, Defendant ENA provided Scribner with several sessions of OSHA consultation and recommendations in the days that followed Cortes' fall. Jones advised Scribner he should contact a safety supply company for a fall protection system to be used as corrective action.

21.    On February 12, 2026, Cortes' attorneys sent Defendant ENA a demand for $13,000,000.00, attaching a copy of the "ENCORE Safety Network Engagement of Services" and alleging that ENA was "contractually obligated to perform safety services that included supervision and maintenance of crew, job site safety of the subcontractors and OSHA compliance."

22.    The lawsuit on Cortes' behalf was filed on June 4, 2026.

9

**E.**

**ENA'S INSURANCE CLAIM**

**AND CINCINNATI'S RESERVATION OF RIGHTS**

23.     In due course, Defendant ENA submitted a claim on the above-referenced insurance policy to Cincinnati.  After Cincinnati's investigation of the claim and review of the insurance policy and coverage exclusion, Cincinnati issued its Reservation of Rights letter to Defendant ENA, through which Cincinnati fully reserved all rights based upon the policy provisions; the allegations made against ENA by Cortes and Cincinnati's own investigation and review of the claim and supporting documentation and information

**PLAINTIFF'S CLAIM FOR DECLARATORY JUDGMENT**

24.     Cincinnati realleges and incorporates the allegations set forth in Paragraphs 1 through 23 as though fully set forth herein.

25.     The Cincinnati policy's Insurance and Related Operations Exclusion excludes coverage for bodily injury that results from the rendering or failure to render the type of "professional services" that Defendant ENA, for a fee, contracted with Scribner to provide. Despite the disclaimer contained in the "ENCORE Safety Network Engagement of Services," Defendant ENA specifically advised, inspected and/or made recommendations to Scribner in ENA's capacity as a consultant in the field of workplace safety and risk management.  In addition, Defendant ENA performed its investigative, inspection and consulting services to Scribner for a fee.  Further, the exclusion applies even though Cortes' claims allege negligence and other acts of wrongdoing against ENA for the supervision, training and/or monitoring of Scribner and its subcontractors.

10

26. The policy's Insurance and Related Operations Exclusion excludes professional "errors and omissions" related to risk management and safety, removing coverage for bodily injury arising from ENA's professional advice, whether or not ENA's advice was negligent.

27. Defendant ENA's acts of consulting, training, advising, inspecting, investigating, and making safety recommendations to Scribner clearly fall into the category of "professional services" as defined by Nebraska substantive law, within which the plain language of the Cincinnati policy's Insurance and Related Operations Exclusion negates any coverage for ENA in connection with the Cortes Claim.

WHEREFORE, In light of the foregoing, along with the unambiguous definitions, terms, conditions, limitations and applicable exclusions of the policy, Plaintiff respectfully prays that the Court enter judgment declaring that (i) the policy exclusion applies to Defendant ENA's claim in a manner that negates coverage against the Cincinnati policy; (ii) Cincinnati Insurance Company has no duty to indemnify Defendant ENA with respect to any claim by Quirino Romero Cortes individually, and/or by and through his duly appointed Guardian and Conservator, Alma Palacios, either already asserted or to be asserted in the future arising from the accident at the F Street project and (iii), and for such other and further relief necessary to effect the Court's declaration of Cincinnati's rights.

Dated the 22nd  day of July, 2026.

THE CINCINNATI INSURANCE
COMPANY, Plaintiff


By:      */s/Michael. T. Gibbons*
Michael T. Gibbons, #21263
Michael J. Leahy, #20740
Woodke & Gibbons, PC, LLO
619 N. 90th Street
Omaha NE 68114
Phone:  (402) 391-6000
Fax:  (402) 391-6200
mgibbons@woglaw.com
mleahy@woglaw.com
***Attorneys for Plaintiff***



# The Cincinnati Insurance Company
A Stock Insurance Company

**Headquarters**: 6200 S. Gilmore Road, Fairfield, OH 45014-5141
**Mailing address**: P.O. Box 145496, Cincinnati, OH 45250-5496
*www.cinfin.com* ■ 513-870-2000

ECP0303406

**Previous Policy Number**

## CinciPak™
## FOR OFFICES
## COMMON POLICY DECLARATIONS

Billing Method: **AGENCY BILL**

POLICY NUMBER   **ECP 030 34 06 / EBA 030 34 06**

**NAMED INSURED** ELLERBROCK-NORRIS AGENCY INC DBA ELLERBROCK-NORRIS INSURANCE
REFER TO IA905

**ADDRESS** PO BOX 816
(Number & Street, **HASTINGS, NE 68902-0816**
Town, County,
State & Zip Code)

This is a true and certified copy of the
General Liability portion of the policy:

_Jeff Geyer_
Jeff Geyer, Vice President

---

**Policy Period:**   At 12:01 A.M., STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

### All coverages except Automobile and / or Garage
Policy number:  **ECP 030 34 06**          FROM: **02-01-2024**   TO: **02-01-2027**

### Automobile and / or Garage
Policy number:  **EBA 030 34 06**          FROM: **02-01-2024**   TO: **02-01-2025**

Agency   **ELLERBROCK-NORRIS AGENCY, INC. 26-012**
City      **HASTINGS, NE**

**EXHIBIT**
1

---

### Legal Entity / Business Description

**ORGANIZATION (ANY OTHER)**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

FORMS APPLICABLE TO ALL COVERAGE PARTS:

| Form | Date | Description |
|---|---|---|
| IL0017 | 11/98 | COMMON POLICY CONDITIONS |
| ICP101 | 05/11 | CINCIPAK™ SUMMARY OF PREMIUMS CHARGED |
| IA904 | 04/04 | SCHEDULE OF LOCATIONS |
| IA905 | 02/98 | NAMED INSURED SCHEDULE |
| IA4513 | 06/20 | CERTIFIED ACTS AND OTHER ACTS OF TERRORISM EXCLUSION ADVISORY NOTICE TO POLICYHOLDERS |
| IA4521 | 03/20 | NOTICE OF PRIVACY PRACTICES |
| IP446 | 08/01 | NOTICE TO POLICYHOLDERS |
| IA319 | 01/15 | EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM |
| IA325 | 01/23 | WAR EXCLUSION |
| IA327 | 07/23 | NUCLEAR, BIOLOGICAL, CHEMICAL AND RADIOLOGICAL HAZARDS EXCLUSION |
| IA4006 | 07/10 | SPECIAL PER OCCURRENCE DEDUCTIBLE ENDORSEMENT |
| IA4113NE | 12/17 | NEBRASKA CHANGES - CANCELLATION AND NONRENEWAL |
| IA4282 | 12/09 | NEBRASKA CHANGES - ACTUAL CASH VALUE |
| IA4338 | 05/11 | SIGNATURE ENDORSEMENT |
| IA4525 | 03/21 | NOTICE TO POLICYHOLDERS EXCLUSION - COMMUNICABLE DISEASE |
| IL0021 | 09/08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL0022 | 05/87 | EFFECTIVE TIME CHANGES - REPLACEMENT OF 12 NOON |
| IL0159 | 07/94 | NEBRASKA CHANGES--FRAUD OR MISREPRESENTATION |

**ICP 515 07 11**

**Page 1 of 2**
ECP 030 34 06 / EBA 030 34 06

01-23-2024 15:53                          001

```
IL0164    07/02 NEBRASKA CHANGES - APPRAISAL
FM502     07/08 COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS
GA532     07/08 COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS
MA573     06/07 ELECTRONIC DATA PROCESSING EQUIPMENT COVERAGE FORM DECLARATIONS
CA516     03/09 CRIME AND FIDELITY COVERAGE PART DECLARATIONS (COMMERCIAL
                ENTITIES)
AA505     03/06 BUSINESS AUTO COVERAGE PART DECLARATIONS
USC513    05/10 COMMERCIAL UMBRELLA LIABILITY COVERAGE PART DECLARATIONS
```

Countersigned _____  By _____
                        (Date)                        (Authorized Representative)

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination of Your Books and Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections and Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer of Your Rights and Duties Under this Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 17 11 98                Copyright, Insurance Services Office, Inc., 1998
003

# CinciPak™
# SUMMARY OF PREMIUMS CHARGED

Attached to and forming part of
POLICY NUMBER:  **ECP 030 34 06 / EBA 030 34 06**          Effective Date: **02-01-2024**

Named Insured:  **ELLERBROCK-NORRIS AGENCY INC DBA ELLERBROCK-NORRIS INSURANCE**

## THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM CHARGE IS INDICATED

Commercial Property Coverage Part

Commercial General Liability Coverage Part

Commercial Crime Coverage Part

Electronic Data Processing Equipment Coverage Part

Commercial Auto Coverage Part

Commercial Umbrella / Excess Liability Coverage Part

Terrorism Coverage

Installment Charge

**ANNUAL TOTAL**
**PAYMENTS**

|  | First Installment | Remaining Installment(s) |
|---|---|---|
| **ANNUAL** | | |

Automobile Coverages, Employers Liability, Employment Practices Liability Coverage, Professional Liability Coverage, Terrorism Coverage and / or Wrongful Acts Coverage, if included in the policy, are subject to Annual Adjustment of rates and premium on each anniversary of the policy.

Commercial Umbrella and Excess Liability, if included in the policy, may be subject to Annual Adjustment of premium on each anniversary. Refer to the Commercial Umbrella or Excess Liability Coverage Part Declarations form to see if this is applicable.

### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

**ICP 101 05 11**

004

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SCHEDULE OF LOCATIONS

| LOC. | STREET ADDRESS | CITY | STATE | ZIP CODE |
|------|----------------|------|-------|----------|
| 1 | 2203 OSBORNE DR W HASTINGS, NE 68901-9109 | | | |
| 2 | 4331 N 156TH ST OMAHA, NE 68116-1429 | | | |
| 3 | 4004 6TH AVE KEARNEY, NE 68845-3393 | | | |
| 4 | 7120 STEPHANIE LN # 200 LINCOLN, NE 68516-5332 | | | |

**IA 904 04 04**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NAMED INSURED SCHEDULE

This Schedule supplements the Declarations.

**SCHEDULE**

Named Insured:

```
ELLERBROCK-NORRIS AGENCY INC DBA ELLERBROCK-NORRIS INSURANCE
ELLERBROCK-NORRIS FINANCIAL
ENI LAND DEVELOPMENT CO LLC
ELLERBROCK-NORRIS WEALTH STRATEGIES LLC
ELLERBROCK-NORRIS HEALTH & WELLNESS LLC DBA ELLERBROCK-NORRIS
FINANCIAL
```

**IA 905 02 98**

# CERTIFIED ACTS AND OTHER ACTS OF TERRORISM EXCLUSION ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this notice nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations Page for complete information on the coverages you are provided. If there is any conflict between the policy and this Advisory Notice to Policyholders, **THE PROVISIONS OF YOUR POLICY SHALL PREVAIL.**

The purpose of this notice is to evidence your rejection of coverage for Certified Acts and Other Acts of Terrorism. At your request, your policy contains an exclusion for Certified Acts and Other Acts of Terrorism. For information regarding the availability of coverage for Certified Acts and Other Acts of Terrorism, subject to an additional premium, please contact your insurance agent.

# NOTICE OF PRIVACY PRACTICES

For additional information on our privacy policies, including state specific information, please visit https://www.cinfin.com/privacy-policy.

# THE **CINCINNATI INSURANCE COMPANY**
# THE **CINCINNATI CASUALTY COMPANY**
# THE **CINCINNATI INDEMNITY COMPANY**

## NOTICE TO POLICYHOLDERS

Please be advised that in your application for insurance you disclosed information to The Cincinnati Insurance Company, The Cincinnati Casualty Company and The Cincinnati Indemnity Company.  The information disclosed in the application and all information subsequently collected by any of these companies may be shared among all three.

**IP 446 08 01**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**All Commercial Lines Coverage Parts, Coverage Forms, Policies and Endorsements except Medical Professional Liability (professional liability forms insuring dentists, optometrists, nurses, and nursing homes, among others)**

**A.** The following definitions are added with respect to the provisions of this endorsement:

**1.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**2.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce the civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

**B.** The following exclusion is added:

**EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM**

We will not pay for any loss, injury or damage caused directly or indirectly by a "certified act of terrorism" or an "other act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

But with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

**1.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials;

**2.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials;

**3.** The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "other acts of terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident;

**4.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**a.** Physical injury that involves a substantial risk of death;

**b.** Protracted and obvious physical disfigurement; or

**c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**IA 319 01 15**

Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with their permission.

**Page 1 of 3**

5. The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination.

Paragraphs **B.3.** and **B.4.** immediately preceding, describe the threshold used to measure the magnitude of an "other act of terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an "other act of terrorism", there is no coverage under this Coverage Part, Coverage Form, Policy or Endorsement, except as provided in this Endorsement.

However, Paragraph **B.4.** immediately preceding, is not to be used as a threshold to measure the magnitude of an "other act of terrorism" for the purposes of determining if this exclusion applies to a Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Machinery and Equipment Coverage Part, Commercial Crime Coverage Form, Commercial Crime Policy, Employee Theft and Forgery Policy, Farm Property Coverage Part, Government Crime Coverage Form, Government Crime Policy, Standard Property Policy, or Section **I** of the Businessowners Package Policy.

## C. Exception Covering Certain Fire Losses

The following modifies insurance provided under the following: Commercial Inland Marine Coverage Part, Commercial Property Coverage Part, Farm Coverage Part and Standard Property Policy:

If a "certified act of terrorism" or an "other act of terrorism" causes fire damage to property that is subject to the Standard Fire Policy in a state that utilizes the Standard Fire Policy as its minimum fire coverage standard, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverages, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

With respect to fire resulting from any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

This Section **C.** does not apply to:

1. A Coverage Part for a "certified act of terrorism" or "other act of terrorism" that occurs in a state that allows an exception for fire resulting from terrorism; or

2. An Inland Marine Coverage Part for a "certified act of terrorism" or "other act of terrorism" that occurs in a state that allows a commercial inland marine exception,

to its Standard Fire Policy minimum fire coverage regulations.

## D. Exception Covering Minimum Financial Responsibility

The following applies to the Business Auto Coverage Form, Business Auto Physical Damage Coverage Form, Garage Coverage Form, Motor Carrier Coverage Form, Single Interest Automobile Physical Damage Insurance Policy and Truckers Coverage Form if they are included in, or are part of, this Policy and if the "certified act of terrorism" or "other act of terrorism" causes loss in a state that requires compulsory or financial responsibility minimum limits apply to excluded acts of terrorism:

The exclusion stated in Section **B.** of this endorsement does not apply to:

1. Liability or Personal Injury Protection Coverage, but only up to the state compulsory or financial responsibility law minimum limits of insurance for each coverage; and

2. Uninsured and/or Underinsured Motorists Coverage, if applicable, but only up to the minimum statutory permitted limits of insurance for each coverage.

## E. Application of Other Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part, Coverage Form, Policy or endorsement such as losses excluded by:

1. Exclusions that address war, warlike action, insurrection, rebellion, revolution, military action, nuclear hazard, nuclear materials, nuclear reaction, radiation, or radioactive contamination;

2. Exclusions that address pollutants, contamination, deterioration, fungi or bacteria; or

3. Any other exclusion,

Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with their permission.

IA 319 01 15

011

**Page 2 of 3**

regardless if the "certified act of terrorism" or "other act of terrorism" contributes concurrently or in any sequence to the loss, injury or damage.

**F. Conformity With Statute**

If any terms or conditions of this endorsement are in conflict with the laws of the jurisdiction under which this policy is construed, then such terms and conditions will be deemed changed to conform with such laws, but only to the extent that such terms and conditions are otherwise covered by the Coverage Part, Coverage Form, Policy or Endorsement to which this endorsement applies.

**G. Supersession**

The exclusions for acts of terrorism in this endorsement supersede any offers of terrorism coverage.

**H. Sunset Clause**

If the federal Terrorism Risk Insurance Act expires or is repealed, then this endorsement is null and void for any act of terrorism except "other acts of terrorism" that takes place after the expiration or repeal of the Act.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAR EXCLUSION

This endorsement modifies insurance provided under the following:

**ALL COVERAGE FORMS FORMING A PART OF THE POLICY**

A. The following exclusion:

1. Replaces any War, War and Military Action, or War or Military Action exclusion included in any other Coverage Form, Coverage Part or endorsement forming a part of the policy to which this endorsement is attached; and

2. Is added to any other Coverage Form, Coverage Part, insuring agreement included therein or endorsement forming a part of the policy to which this endorsement is attached which does not already include a War, War and Military Action, or War or Military Action exclusion.

**War**

This insurance does not apply to:

Any form of loss, damage, cost, expense or liability for damages arising directly or indirectly from:

a. "War" and "warlike action", including undeclared or civil "war" and "cyber hostilities";

b. Hostile action, including action in hindering or defending against an actual or expected attack, by any state, government, or sovereign using military personnel or other "agents"; or

c. Insurrection, rebellion, revolution, usurped power, political violence or action taken by a state or government actor in hindering or defending against any of these, including "cyber hostilities" in connection with any of the foregoing.

The attribution of an action will be determined by relying on reasonable evidence such as, but not limited to:

(1) Statements by an agency or department of the United States government;

(2) Statements by an international group of which the United States is a member, such as the United Nations or the North Atlantic Treaty Organization, or any member of such an international group; or

(3) Statements by a "recognized commercial authority".

This exclusion applies notwithstanding anything to the contrary in this policy or any appendix or endorsement added to this policy.

B. The following definitions are hereby added with respect to the exclusion in Section **A.** of this endorsement.:

1. "Agents" means any person, entity, organization or collection of persons, entities or organizations that have at any time been associated with or designated as having worked with or acted on behalf of any state, government, or sovereign.

   The attribution of the actors' status as "agents" will be determined by relying on reasonable evidence such as, but not limited to:

   a. Statements by an agency or department of the United States government;

   b. Statements by an international group of which the United States is a member, such as the United Nations or the North Atlantic Treaty Organization, or any member of such an international group; or

   c. Statements by a "recognized commercial authority".

2. "Computer system" means any computer or network of computers or computer systems, hardware, software, communications system, electronic device (including but not limited to, smart phone, laptop, tablet, wearable device), server, cloud infrastructure or microcontroller including any configuration of the aforementioned and including any associated input, output, code, program, data, data storage device, networking equipment or back up facility.

3. "Cyber hostilities" means the use of a "computer system" that causes disruption or harm.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
013

4. "Recognized commercial authority" means a business that provides information technology security or forensics services, including, but not limited to:

   a. Symantec;

   b. Mandiant;

   c. Microsoft;

   d. Apple;

   e. Cisco; or

   f. IBM.

5. "War" or "warlike action":

   a. Means physical combat, a state of armed conflict, or "cyber hostilities" engaged in by:

      (1) Any state, government, or sovereign; or

      (2) "Agents" of a state, government, or sovereign,

      against any other:

      (a) State, government, or sovereign, including an agency or department thereof; or

      (b) Person or entity targeted by such physical combat, armed conflict, or "cyber hostilities"; and

   b. Includes any collateral loss, damage, cost, expense or liability for damages of any nature arising out of the physical combat, armed conflict, or "cyber hostilities" or any response to such physical combat, armed conflict, or "cyber hostilities".

**IA 325 01 23**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

014

**Page 2 of 2**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR, BIOLOGICAL, CHEMICAL AND RADIOLOGICAL HAZARDS EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL PROPERTY COVERAGE PART**
**COMMERCIAL INLAND MARINE COVERAGE PART**
**COMMERCIAL OUTPUT PROGRAM - PROPERTY COVERAGE PART**
**MACHINERY AND EQUIPMENT COVERAGE PART**
**MACHINERY AND EQUIPMENT SYSTEMS COVERAGE PART**

**A.** The exclusion under Section **B.** replaces any coverage, extension, limitation, or exclusion as it relates to nuclear, biological, chemical, or radiological hazards except to the extent coverage is provided:

**1.** For chemical hazards only in:

Pollutant Clean Up and Removal Additional Coverage, Coverage Extension, Supplemental Coverage, and Endorsement

"Hazardous Substance" Limitation

Ammonia Contamination Limitation

**2.** For biological hazards only in:

Fungi, Wet Rot, Dry Rot, and Bacteria - Limited Coverage Additional Coverage, Coverage Extension, and Supplemental Coverage

Mold, Fungus, and Mildew Limitation

**3.** For biological or chemical hazards in:

Mandated Decontamination Additional Coverage

Product Contamination or Adulteration Endorsement

Emergency Vacating Expense Coverage Extension

Emergency Patient Evacuation Coverage Extension

**4.** For radiological hazards only in:

Radioactive Contamination Endorsement

**B. Nuclear, Biological, Chemical and Radiological Hazards**

**1.** We will not pay for any "loss" that is caused by, resulting from, is exacerbated by or otherwise impacted by, either directly or indirectly, any of the following:

**a. Nuclear Hazard** - including, but not limited to nuclear reaction, nuclear detonation, nuclear radiation, radioactive contamination and all agents, materials, products or substances, whether engineered or naturally occurring, involved therein or released thereby;

**b. Biological Hazard** - including, but not limited to any pathogenic or poisonous biological material, product or substance, whether engineered or naturally occurring, that induces or is capable of inducing physical distress, illness, or disease;

**c. Chemical Hazard** - including, but not limited to any chemical agent, material, product or substance; or

**d. Radiological Hazard** - including, but not limited to any electromagnetic, optical, or ionizing radiation or energy, including all generators and emitters thereof, whether engineered or naturally occurring.

However, this exclusion does not apply to "loss" directly caused by a biological or chemical hazard as listed above that is part of the regular course of the insured's business practices.

**2.** Only if and to the extent required by state law, the following exception to the exclusion above applies:

If a hazard excluded in items **1.a., 1.b., 1.c.,** or **1.d.** above results in fire, we will pay for the "loss" caused by that fire, subject to all applicable policy provisions. Such coverage for fire applies only to direct "loss" by fire to Covered Property. This coverage does not apply to insurance provided under Business Income, Rental Value or Extra Expense coverage forms or endorsements that apply to those coverage forms.

All other terms and conditions of this policy remain unchanged.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEBRASKA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

**CINCINNATI CYBER DEFENSE™ COVERAGE PART**
**CINCINNATI DATA DEFENDER™ COVERAGE PART**
**CINCINNATI NETWORK DEFENDER™ COVERAGE PART**
**CLAIMS-MADE CONTRACTORS ERRORS AND OMISSIONS COVERAGE FORM**
**CLAIMS-MADE EXCESS LIABILITY COVERAGE PART**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**COMMERCIAL INLAND MARINE COVERAGE PART**
**COMMERCIAL PROPERTY COVERAGE PART**
**COMMERCIAL UMBRELLA LIABILITY COVERAGE PART**
**CONTRACTORS' LIMITED POLLUTION LIABILITY COVERAGE FORM**
**CRIME AND FIDELITY COVERAGE PART**
**EMPLOYMENT PRACTICES LIABILITY COVERAGE PART**
**EXCESS LIABILITY COVERAGE PART**
**EXCESS WORKERS COMPENSATION AND EMPLOYERS LIABILITY COVERAGE PART**
**FARM COVERAGE PART**
**LIQUOR LIABILITY COVERAGE PART**
**MACHINERY AND EQUIPMENT COVERAGE PART**
**POLLUTION LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**PROFESSIONAL LIABILITY COVERAGE PART**
**PROFESSIONAL UMBRELLA LIABILITY COVERAGE PART**
**PROFESSIONAL UMBRELLA LIABILITY COVERAGE PART - CLAIMS-MADE**

**A.** Paragraphs **2.** and **3.** of the **Cancellation** Common Policy Condition are replaced by the following:

**2. Cancellation of Policies in Effect**

**a. 60 Days or Less**

If this policy has been in effect for 60 days or less, we may cancel this policy for any reason.

**b. More Than 60 Days**

If this policy has been in effect for more than 60 days or if this is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** The policy was obtained through material misrepresentation;

**(3)** Any insured has submitted a fraudulent claim;

**(4)** Any insured has violated the terms and conditions of this policy;

**(5)** The risk originally accepted has substantially increased;

**(6)** Certification to the Director of Insurance of our loss of reinsurance which provided coverage to us for all or a substantial part of the underlying risk insured; or

**(7)** The determination by the Director of Insurance that the continuation of the policy could place us in violation of the Nebraska Insurance Laws.

**c.** If we cancel this policy subject to **2.a.** or **2.b.** above, we will mail to the first Named Insured shown in the Declarations, a written notice of cancellation, stating the reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 60 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail our notice by registered mail, certified mail, first-class mail or first-class

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission.

IA 4113 NE 12 17

016

**Page 1 of 2**

mail using Intelligent Mail barcode (IMb) or another similar tracking method used or approved by the United States Postal Service to the first Named Insured's last mailing address known to us. If we mail our notice by first-class mail, a United States Postal Service Certificate of Mailing shall be sufficient proof of receipt of notice on the third calendar day after the date of the certificate of mailing.

**B.** Paragraph **6.** of the **Cancellation** Common Policy Condition does not apply.

**C.** The following is added and supersedes any provisions to the contrary:

**NONRENEWAL**

**1.** If we decide not to renew this policy, we will mail written notice of nonrenewal, stating the reasons for nonrenewal, to the first Named Insured shown in the Declarations, at least 60 days before:

**a.** The expiration date of this policy; or

**b.** The anniversary date of this policy, if the policy is written for a term of more than one year.

**2.** Any notice of nonrenewal will be mailed by registered mail, certified mail, first-class mail or first-class mail using Intelligent Mail barcode (IMb) or another similar tracking method used or approved by the United States Postal Service to the first Named Insured's last mailing address known to us. If we mail our notice by first-class mail, a United States Postal Service Certificate of Mailing shall be sufficient proof of receipt of notice on the third calendar day after the date of the certificate of mailing.

Includes copyrighted material of Insurance Services Office, Inc., with its permission. Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission.

**IA 4113 NE 12 17**

017

**Page 2 of 2**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEBRASKA CHANGES - ACTUAL CASH VALUE

This endorsement modifies insurance provided under the following:

**BUSINESS AUTO COVERAGE FORM**
**COMMERCIAL INLAND MARINE CONDITIONS**
**COMMERCIAL OUTPUT POLICY - PROPERTY COVERAGE FORM**
**COMMERCIAL PROPERTY COVERAGE PART**
**CRIME AND FIDELITY COVERAGE PART**
**FARM COVERAGE PART**
**GARAGE COVERAGE FORM**
**MACHINERY AND EQUIPMENT COVERAGE FORM**
**MORTGAGE INTEREST COVERAGE PART**
**NETWORK SYSTEMS MACHINERY AND EQUIPMENT COVERAGE FORM**
**STANDARD PROPERTY POLICY**

The following is added to any provision which uses the term actual cash value:

In our determination of the actual cash value of Covered Property at the time of loss or damage, we will take into account factors such as depreciation, deterioration and obsolescence.

**IA 4282 12 09**

018

# SIGNATURE ENDORSEMENT

IN WITNESS WHEREOF, this policy has been signed by our President and Secretary in the City of Fairfield, Ohio, but this policy shall not be binding upon us unless countersigned by an authorized representative of ours. The failure to countersign does not void coverage in Arizona, Virginia and Wisconsin.

Secretary                                    President

The signature on any form, endorsement, policy, declarations, jacket or application other than the signature of the President or Secretary named above is deleted and replaced by the above signatures.

**IA 4338 05 11**

019

# NOTICE TO POLICYHOLDERS
# EXCLUSION - COMMUNICABLE DISEASE

This is a notice of a change in your policy. NO COVERAGE IS PROVIDED BY THIS NOTICE nor can it be construed to replace any provisions of your policy. YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE CAREFULLY for complete information on the coverage you are provided. If there is any conflict between the policy and this notice, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

This notice is applicable to the following coverage parts:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**COMMERCIAL UMBRELLA LIABILITY COVERAGE PART**
**PROFESSIONAL UMBRELLA LIABILITY COVERAGE PART**
**PROFESSIONAL UMBRELLA LIABILITY COVERAGE PART - CLAIMS-MADE**
**EXCESS LIABILITY COVERAGE PART**
**CLAIMS-MADE EXCESS LIABILITY COVERAGE PART**

When a **COMMUNICABLE DISEASE EXCLUSION** endorsement is attached to one or more coverage parts of your policy, coverage is excluded for liability arising out of the actual or alleged transmission of a communicable disease.  The attachment of the endorsement may result in a reduction of coverage.

**IA 4525 03 21**                                                                                           **Page 1 of 1**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

This endorsement modifies insurance provided under the following:

**COMMERCIAL AUTOMOBILE COVERAGE PART**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**FARM COVERAGE PART**
**LIQUOR LIABILITY COVERAGE PART**
**MEDICAL PROFESSIONAL LIABILITY COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**
**POLLUTION LIABILITY COVERAGE PART**
**PRODUCTS / COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**RAILROAD PROTECTIVE LIABILITY COVERAGE PART**
**UNDERGROUND STORAGE TANK POLICY**

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

**IL 00 21 09 08**                    © ISO Properties, Inc., 2007                    **Page 1 of 2**
021

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such materi-

al in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams or uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EFFECTIVE TIME CHANGES--REPLACEMENT OF 12 NOON

This endorsement modifies the COMMON POLICY DECLARATIONS.

To the extent that coverage in this policy replaces coverage in other policies terminating noon standard time on the inception date of this policy, coverage under this policy shall not become effective until such other coverage has terminated.

Copyright, Insurance Services Office, Inc., 1987
Copyright, ISO Commercial Risk Services, Inc., 1987

**IL 00 22 05 87**
023

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEBRASKA CHANGES--FRAUD OR MISREPRESENTATION

This endorsement modifies insurance provided under the following:

**BOILER AND MACHINERY COVERAGE PART**
**COMMERCIAL INLAND MARINE COVERAGE PART**

The CONCEALMENT, MISREPRESENTATION OR FRAUD General Condition is replaced by the following:

**MISREPRESENTATION OR BREACH OF CONDITION OR WARRANTY**

1.  A misrepresentation or warranty made by you or on your behalf in the negotiation of or application for this Coverage Part will void this policy if:

    a.  It is material;

    b.  It is made with the intent to deceive;

    c.  We rely on it; and

    d.  We are deceived to our injury.

2.  A breach of warranty or condition will void the policy if such breach exists at the time of loss and contributes to the loss.

**IL 01 59 07 94**          Copyright, Insurance Services Office, Inc., 1989
024

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEBRASKA CHANGES - APPRAISAL

This endorsement modifies insurance provided under the following:

**COMMERCIAL INLAND MARINE COVERAGE PART**
**COMMERCIAL OUTPUT POLICY - PROPERTY COVERAGE FORM**
**COMMERCIAL PROPERTY COVERAGE PART**
**FARM COVERAGE PART - FARM PROPERTY - OTHER FARM PROVISIONS FORM - ADDITIONAL**
  **COVERAGES, CONDITIONS, DEFINITIONS FARM COVERAGE PART - MOBILE AGRICULTURAL**
  **MACHINERY AND EQUIPMENT COVERAGE FORM**
**FARM COVERAGE PART - LIVESTOCK COVERAGE FORM**

**A.** Except as provided in B. below, the AP-PRAISAL Condition is replaced by the following:

If we and you disagree on the value of the property or the amount of loss ("loss"), both parties may agree in writing to an appraisal of the loss ("loss") and to be bound by the results of that appraisal. If both parties so agree, then each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss ("loss"). If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**B.** The APPRAISAL Condition In:

**1.** Business Income Coverage Form (And Extra Expense) CP 00 30, and

**2.** Business Income Coverage Form (Without Extra Expense) CP 00 32;

is replaced by the following:

**APPRAISAL**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, both parties may agree in writing to an appraisal of the loss and to be bound by the results of that appraisal. If both parties so agree, then each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss.

If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

Copyright, Insurance Services Office, Inc., 1990
Copyright, ISO Commercial Risk Services, Inc., 1990

IL 01 64 07 02

025

# THE CINCINNATI INSURANCE COMPANY

**A Stock Insurance Company**

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: **ECP 030 34 06**

Named Insured is the same as it appears in the Common Policy Declarations

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $1,000,000 | |
| GENERAL AGGREGATE LIMIT | $2,000,000 | |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $2,000,000 | |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000 | ANY ONE PERSON OR ORGANIZATION |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | | ANY ONE |
| $100,000 limit unless otherwise indicated herein: | $1,000,000 | PREMISES |
| MEDICAL EXPENSE LIMIT | | |
| $5,000 limit unless otherwise indicated herein: | $ | ANY ONE PERSON |

| CLASSIFICATION | CODE NO. | PREMIUM BASE | RATE | | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|
| | | A - Area<br>B - Payroll<br>C - Gross Sales<br>D - Units<br>E - Other | Products / Completed Operations | All Other | Products / Completed Operations | All Other |
| **LOC. 1 - NE**<br>**INSURANCE AGENTS**<br>**INCL PROD AND/OR COMP OP** | 06055 | A 8,990 | | 19.222 | | |
| **LOC. 2 - NE**<br>**INSURANCE AGENTS**<br>**INCL PROD AND/OR COMP OP** | 06055 | A 3,500 | | 17.311 | | |
| **LOC. 3 - NE**<br>**INSURANCE AGENTS**<br>**INCL PROD AND/OR COMP OP** | 06055 | A 2,982 | | 19.222 | | |
| **LOC. 4 - NE**<br>**INSURANCE AGENTS**<br>**INCL PROD AND/OR COMP OP** | 06055 | A 2,920 | | 19.222 | | |
| **EXTENDED LIABILITY** | 20296 | | | 2% | | |

The General Liability Coverage Part is subject to an annual minimum premium.

TOTAL ANNUAL PREMIUM ▇

## FORMS AND / OR ENDORSEMENTS APPLICABLE TO COMMERCIAL GENERAL LIABILITY COVERAGE PART:

| | | |
|---|---|---|
| CG0001 | 04/13 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| GCP202 | 09/20 | CINCIPAK™ COMMERCIAL GENERAL LIABILITY EXTENDED LIABILITY ENDORSEMENT |
| GCP403 | 12/22 | CINCIPAK™ COMMERCIAL GENERAL LIABILITY AMENDATORY ENDORSEMENT |

GA 532 07 08                    ECP 030 34 06                    Page 1 of 2

026

**FORMS AND / OR ENDORSEMENTS APPLICABLE TO COMMERCIAL GENERAL LIABILITY COVERAGE PART:**

| | | |
|---|---|---|
| CG2106 | 05/14 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION |
| CG2132 | 05/09 | COMMUNICABLE DISEASE EXCLUSION |
| CG2147 | 12/07 | EMPLOYMENT - RELATED PRACTICES EXCLUSION |
| CG2248 | 04/13 | EXCLUSION - INSURANCE AND RELATED OPERATIONS |
| CG2503 | 05/09 | DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGGREGATE LIMIT |
| CG2504 | 05/09 | DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT |
| GA3064 | 09/20 | EXCLUSION - ASBESTOS |
| GA3074 | 09/22 | EXCLUSION - CYBER LIABILITY |
| GA4250 | 09/20 | MOBILE EQUIPMENT SUBJECT TO MOTOR VEHICLE INSURANCE LAWS |
| GA4531 | 09/20 | AMENDMENT - POLLUTANT DEFINITION |
| GA4541 | 09/20 | NOTICE TO POLICYHOLDERS GENERAL LIABILITY REWRITE 2020 |
| GA4566 | 06/22 | AMENDMENT - RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION |

**GA 532 07 08**                    ECP 030 34 06                              **Page 2 of 2**

027

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERAGES

### COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

© Insurance Services Office, Inc., 2012
028

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone

else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f.  Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat,

© Insurance Services Office, Inc., 2012

030

smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is

owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or

expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j.   Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3), (4), (5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.   Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.   Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.   Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.   Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

CG 00 01 04 13                    © Insurance Services Office, Inc., 2012                    **Page 5 of 17**

032

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as

damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

 © Insurance Services Office, Inc., 2012

033

d. **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

e. **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f. **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g. **Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

h. **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

j. **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k. **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

l. **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m. **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

n. **Pollution-related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

o. **War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or

© Insurance Services Office, Inc., 2012
034

expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE C - MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by

physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of

the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I - Coverage A - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

 © Insurance Services Office, Inc., 2012

036

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred

before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or

temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow

this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V - DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a. above; or

c. All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises

you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CinciPak™
# COMMERCIAL GENERAL LIABILITY EXTENDED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.   Endorsement - Table of Contents:**

| Coverage: | Begins on Page: |
|---|---|
| 1.  Employee Benefit Liability Coverage | 2 |
| 2.  Unintentional Failure To Disclose Hazards | 8 |
| 3.  Supplementary Payments | 8 |
| 4.  180 Day Coverage For Newly Formed Or Acquired Organizations | 8 |
| 5.  Waiver Of Subrogation | 8 |
| 6.  Automatic Additional Insured - Specified Relationships: | 8 |
|     (a)  Managers Or Lessors Of Premises | |
|     (b)  Lessor Of Leased Equipment | |
|     (c)  Vendors | |
|     (d)  State Or Governmental Agency Or Subdivision Or Political Subdivision - Permits Or Authorizations Relating To Premises | |
|     (e)  Mortgagee, Assignee Or Receiver | |
| 7.  Property Damage To Borrowed Equipment | 12 |
| 8.  Employees As Insureds - Specified Health Care Services And Good Samaritan Services | 12 |
| 9.  Broadened Notice Of Occurrence | 12 |
| 10. Nonowned Aircraft | 13 |
| 11. Bodily Injury Redefined | 13 |
| 12. Expected Or Intended Injury Redefined | 13 |
| 13. Former Employees As Insureds | 13 |

**B.   Limits Of Insurance:**

The Commercial General Liability Limits of Insurance apply to the insurance provided by this endorsement, except as provided below:

**1.   Employee Benefit Liability Coverage**

Each Employee Limit:    $1,000,000
Aggregate Limit:            $3,000,000
Deductible Amount:     $      1,000

**3.   Supplementary Payments**

Bail Bonds: $2,500

**7.   Property Damage To Borrowed Equipment**

Each Occurrence Limit:   $10,000
Deductible Amount:      $     250

**C. Coverages**

  **1. Employee Benefit Liability Coverage**

  **a.** The following is added to **Section I - Coverages:**

  **EMPLOYEE BENEFIT LIABILITY COVERAGE**

  **(1) Insuring Agreement**

   **(a)** We will pay those sums that the insured becomes legally obligated to pay as damages caused by any act, error or omission of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any claim or "suit" that may result. But:

   **1)** The amount we will pay for damages is limited as described in **C.** Coverages, **1.** Employee Benefit Liability Coverage, **c.** Limits Of Insurance of this endorsement; and

   **2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

   **(b)** This insurance applies to damages only if the act, error or omission is negligently committed in the "administration" of your "employee benefit program"; and

   **1)** Occurs during the policy period; or

   **2)** Occurred prior to the "first effective date" of this endorsement provided:

    **a)** You did not have knowledge of a claim or "suit" on or before the "first effective date" of this endorsement.

    You will be deemed to have knowledge of a claim or "suit" when any insured listed under **C.** Coverages, **1.** Employee Benefit Liability Coverage, **b.** Who Is An Insured, **(1)** of this endorsement or any "employee" authorized by you to give or receive notice of a claim or "suit":

     **i)** Reports all, or any part, of the act, error or omission to us or any other insurer;

     **ii)** Receives a written or verbal demand or claim for damages because of the act, error or omission; and

    **b)** There is no other applicable insurance.

  **(2) Exclusions**

   This insurance does not apply to:

   **(a) Bodily Injury, Property Damage Or Personal And Advertising Injury**

    "Bodily injury", "property damage" or "personal and advertising injury".

**(b) Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**(c) Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**(d) Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**(e) Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any claim based upon:

1) Failure of any investment to perform;

2) Errors in providing information on past performance of investment vehicles; or

3) Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**(f) Workers' Compensation And Similar Laws**

Any claim arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**(g) ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**(h) Available Benefits**

Any claim for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**(i) Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**(j) Employment-Related Practices**

Any liability arising out of any:

1) Refusal to employ;

2) Termination of employment;

3) Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, acts or omissions; or

4) Consequential liability as a result of **1)**, **2)** or **3)** above.

This exclusion applies whether the insured may be held liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**(3) Supplementary Payments**

Section **I** - Supplementary Payments - Coverages **A** and **B** also apply to this Coverage, however **1.b.** and **2.** of the Supplementary Payments provision do not apply.

**b. Who Is An Insured**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

GCP 202 09 20

047

As respects Employee Benefit Liability Coverage, **Section II - Who Is An Insured** is replaced by the following:

**(1)** If you are designated in the Declarations as:

**(a)** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**(b)** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds but only with respect to the conduct of your business.

**(c)** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**(d)** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**(e)** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**(2)** Each of the following is also an insured:

**(a)** Each of your "employees" who is or was authorized to administer your "employee benefit program";

**(b)** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed; or

**(c)** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**(3)** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However, coverage under this provision:

**(a)** Is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier; and

**(b)** Does not apply to any act, error or omission that was committed before you acquired or formed the organization.

**c. Limits Of Insurance**

As respects Employee Benefit Liability Coverage, **Section III - Limits Of Insurance** is replaced by the following:

**(1)** The Limits of Insurance shown in Section **B.** Limits Of Insurance, **1.** Employee Benefit Liability Coverage of this endorsement and the rules below fix the most we will pay regardless of the number of:

**(a)** Insureds;

**(b)** Claims made or "suits" brought;

**(c)** Persons or organizations making claims or bringing "suits";

**(d)** Acts, errors or omissions; or

**(e)** Benefits included in your "employee benefit program".

**(2)** The Aggregate Limit shown in Section **B.** Limits Of Insurance, **1.** Employee Benefit Liability Coverage of this endorsement is the most we will pay for all damages because of acts, errors or omissions negligently committed

GCP 202 09 20    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    Page 4 of 13

048

in the "administration" of your "employee benefit program".

**(3)** Subject to the limit described in **(2)** above, the Each Employee Limit shown in Section **B.** Limits Of Insurance, **1.** Employee Benefit Liability Coverage of this endorsement is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

**(a)** An act, error or omission; or

**(b)** A series of related acts, errors or omissions, regardless of the amount of time that lapses between such acts, errors or omissions;

negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program."

**(4) Deductible Amount**

**(a)** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the Deductible Amount shown in Section **B.** Limits Of Insurance, **1.** Employee Benefit Liability Coverage of this endorsement as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

**(b)** The Deductible Amount shown in Section **B.** Limits Of Insurance, **1.** Employee Benefit Liability Coverage of this insurance applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

**(c)** The terms of this insurance, including those with respect to:

**1)** Our right and duty to defend the insured against any "suits" seeking those damages; and

**2)** Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or claim;

apply irrespective of the application of the Deductible Amount.

**(d)** We may pay any part or all of the Deductible Amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the Deductible Amount as we have paid.

**d.  Additional Conditions**

As respects Employee Benefit Liability Coverage, **Section IV - Commercial General Liability Conditions** is amended as follows:

**(1)** Item **2.** Duties In The Event Of Occurrence, Offense, Claim Or Suit is replaced by the following:

**2.  Duties In The Event Of An Act, Error, Omission, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a claim. To the extent possible, notice should include:

**(1)** What the act, error or omission was and when it occurred; and

**(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

049

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**(2)** Item **4.** Other Insurance is replaced by the following:

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this Employee Benefit Liability Coverage, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **c.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **b.** below.

**b. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**c. No Coverage**

This insurance shall not cover any loss for which the insured is entitled to recovery under any other insurance in force previous to the effective date of this Employee Benefit Liability Coverage.

**e. Additional Definitions**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

As respects Employee Benefit Liability Coverage, **Section V - Definitions** is amended as follows:

**(1)** The following definitions are added:

**1.** "Administration" means:

**a.** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

**b.** Interpreting the "employee benefit programs";

**c.** Handling records in connection with the "employee benefit programs"; or

**d.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include:

**a.** Handling payroll deductions; or

**b.** The failure to effect or maintain any insurance or adequate limits of coverage of insurance, including but not limited to unemployment insurance, social security benefits, workers' compensation and disability benefits.

**2.** "Cafeteria plans" means plans authorized by applicable law to allow "employees" to elect to pay for certain benefits with pre-tax dollars.

**3.** "Employee benefit programs" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

**a.** Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts; provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

**b.** Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

**c.** Unemployment insurance, social security benefits, workers' compensation and disability benefits; and

**d.** Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies.

**4.** "First effective date" means the date upon which coverage was first effected in a series of uninterrupted renewals of insurance coverage.

**(2)** The following definitions are deleted in their entirety and replaced by the following:

**5.** "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
051

18. "Suit" means a civil proceeding in which money damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent;

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent; or

c. An appeal of a civil proceeding.

2. **Unintentional Failure To Disclose Hazards**

**Section IV - Commercial General Liability Conditions, 6. Representations** is amended by the addition of the following:

Based on our dependence upon your representations as to existing hazards, if unintentionally you should fail to disclose all such hazards at the inception date of your policy, we will not reject coverage under this Coverage Part based solely on such failure.

3. **Supplementary Payments**

Under **Section I - Supplementary Payments - Coverages A and B:**

Paragraph **1.b.** is replaced by the following:

Up to the limit shown in Section **B.** Limits Of Insurance, **3.** Bail Bonds of this endorsement for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

This amendment of the Supplementary Payments - Bail Bonds limit replaces, and is not in addition to, the amendment of the Supplementary Payments - Bail Bonds limit (**I.1.b.**) in the CinciPak™ Commercial General Liability Amendatory Endorsement.

4. **180 Day Coverage For Newly Formed Or Acquired Organizations**

**Section II - Who Is An Insured** is amended as follows:

Subparagraph **a.** of Paragraph **3.** is replaced by the following:

a. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

5. **Waiver Of Subrogation**

**Section IV - Commercial General Liability Conditions, 8. Transfer Of Rights Of Recovery Against Others To Us** is amended by the addition of the following:

We waive any right of recovery against any additional insured under this endorsement, because of any payment we make under this endorsement, to whom the insured has waived its right of recovery in a written contract, written agreement, written permit or written authorization. Such waiver by us applies only to the extent that the insured has waived its right of recovery against such additional insured prior to loss.

6. **Automatic Additional Insured - Specified Relationships**

a. The following is added to **Section II - Who Is An Insured**:

(1) Any person(s) or organization(s) described in Paragraph **6.a.(2)** of this endorsement (hereinafter referred to as additional insured) whom you are required to add as an additional insured under this Coverage Part by reason of a written contract, written agreement, written permit or written authorization.

(2) Only the following persons or organizations are additional insureds under this endorsement, and insurance coverage provided to such additional insureds is limited as provided herein:

(a) **Managers Or Lessors Of Premises**

The manager or lessor of a premises leased to you you are required per Paragraph **6.a.(1)** of this endorsement to provide insurance, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in

whole or in part, by you or those acting on your behalf in connection with the ownership, maintenance or use of that part of the premises leased to you, subject to the following additional exclusions:

This insurance does not apply to:

**(i)** Any "occurrence" which takes place after you cease to be a tenant in that premises;

**(ii)** Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**(b) Lessor Of Leased Equipment**

Any person(s) or organization(s) from whom you lease equipment you are required per Paragraph **6.a.(1)** of this endorsement to provide insurance. Such person(s) or organization(s) are insureds only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s). A person's or organization's status as an additional insured under this endorsement ends when their contract or agreement with you for such leased equipment ends. However, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**(c) Vendors**

Any person or organization (referred to below as vendor) you are required per Paragraph **6.a.(1)** of this endorsement to provide insurance, but only with respect to liability for "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

**(i)** The insurance afforded the vendor does not apply to:

**1)** "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

**2)** Any express warranty unauthorized by you;

**3)** Any physical or chemical change in the product made intentionally by the vendor;

**4)** Repackaging, except when unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

**5)** Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**6)** Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

**7)** Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

**8)** "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to:

**a)** The exceptions contained in Paragraphs **(c)(i)4)** or **6)** of this endorsement; or

**b)** Such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products.

**(ii)** This insurance does not apply to any insured person or organization:

**1)** From whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products; or

**2)** When liability included within the "products-completed operations hazard" has been excluded under this Coverage Part with respect to such products.

**(d) State Or Governmental Agency Or Subdivision Or Political Subdivision - Permits Or Authorizations Relating To Premises**

Any state or governmental agency or subdivision or political subdivision you are required per Paragraph **6.a.(1)** of this endorsement to provide insurance, subject to the following additional provision:

This insurance applies only with respect to the following hazards for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization in connection with premises you own, rent or control and to which this insurance applies:

**(i)** The existence, maintenance, repair, construction, erection or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners or decorations and similar exposures;

**(ii)** The construction, erection or removal of elevators; or

**(iii)** The ownership, maintenance or use of any elevators covered by this insurance.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(e) Mortgagee, Assignee Or Receiver**

Any person or organization you are required per Paragraph **6.a.(1)** of this endorsement to provide insurance, but only with respect to their liability as mortgagee, assignee or receiver and arising out of the ownership, maintenance or use of the premises by you. However, this insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**(3)** The insurance afforded to additional insureds described in Paragraph **6.a.(1)** of this endorsement:

**(a)** Only applies to the extent permitted by law;

**(b)** Will not be broader than that which you are required by the written contract, written agreement, written permit or written authorization to provide for such additional insured; and

**(c)** Does not apply to any person, organization, vendor, state, governmental agency or subdivision or political subdivision, specifically named as an additional insured under any other provision of, or endorsement added to, this Coverage Part, provided such other provision or endorsement covers the injury or damage for which this insurance applies.

**b.** With respect to the insurance afforded to the additional insureds described in Paragraph **6.a.(1)** of this endorsement, the following is added to **Section III - Limits Of Insurance**:

The most we will pay on behalf of the additional insured is the amount of insurance:

**(1)** Required by the written contract, written agreement, written permit or written authorization described in Paragraph **6.a.(1)** of this endorsement. For the purpose of determining the required amount of insurance only, we will include the minimum amount of any Umbrella liability or Excess Liability coverage required for that additional insured in that written contract, written agreement, written permit or written authorization; or

**(2)** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

**c.** **Section IV - Commercial General Liability Conditions** is amended to add the following:

**Automatic Additional Insured Provision**

This insurance applies only if the "bodily injury" or "property damage" occurs, or the "personal and advertising injury" offense is committed:

**(1)** During the policy period; and

**(2)** Subsequent to your execution of the written contract or written agreement, or the issuance of a written permit or written authorization, described in Paragraph **6.a.(1)**.

**d.** **Section IV - Commercial General Liability Conditions** is amended as follows:

Condition **4.** Other Insurance is amended to include:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured per Paragraph **6.a.(1)** of this endorsement provided that:

**(1)** The additional insured is a Named Insured under such other insurance; and

**(2)** You have agreed in writing in a contract, agreement, permit or authorization described in **6.a.(2)** of this endorsement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

055

7. **Property Damage To Borrowed Equipment**

   a. The following is added to Exclusion **2.j.** Damage To Property under Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability:

      Paragraphs **(3)** and **(4)** of this exclusion do not apply to tools or equipment loaned to you, provided they are not being used to perform operations at the time of loss.

   b. With respect to the insurance provided by this section of the endorsement, the following additional provisions apply:

      **(1)** The Limits of Insurance shown in the Declarations are replaced by the limits shown in Section **B.** Limits Of Insurance, **7.** Property Damage To Borrowed Equipment of this endorsement with respect to coverage provided by this endorsement. These limits are inclusive of and not in addition to the limits being replaced. The Limits of Insurance shown in Section **B.** Limits Of Insurance, **7.** Property Damage To Borrowed Equipment of this endorsement fix the most we will pay in any one "occurrence" regardless of the number of:

         **(a)** Insureds;

         **(b)** Claims made or "suits" brought; or

         **(c)** Persons or organizations making claims or bringing "suits".

      **(2) Deductible Clause**

         **(a)** Our obligation to pay damages on your behalf applies only to the amount of damages for each "occurrence" which are in excess of the Deductible Amount shown in Section **B.** Limits Of Insurance, **7.** Property Damage To Borrowed Equipment of this endorsement. The limits of insurance will not be reduced by the application of such deductible amount.

         **(b)** Section **IV** - Commercial General Liability Conditions, **2.** Duties In The Event Of Occurrence, Offense, Claim Or Suit, applies to each claim or "suit" irrespective of the amount.

         **(c)** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

8. **Employees As Insureds - Specified Health Care Services And Good Samaritan Services**

   Paragraph **2.a.(1)(d)** under Section **II** - Who Is An Insured does not apply to:

   1) Your "employees" who provide professional health care services on your behalf as a duly licensed nurse, emergency medical technician or paramedic in the jurisdiction where an "occurrence" or offense to which this insurance applies takes place; or

   2) Your "employees" or "volunteer workers", other than an employed or volunteer doctor, providing first aid or good samaritan services during their work hours for you will be deemed to be acting within the scope of their employment by you or performing duties related to the conduct of your business.

9. **Broadened Notice Of Occurrence**

   Paragraph **a.** of Condition **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** under **Section IV - Commercial General Liability Conditions** is replaced by the following:

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      **(1)** How, when and where the "occurrence" or offense took place;

      **(2)** The names and addresses of any injured persons and witnesses; and

      **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

   This requirement applies only when the "occurrence" or offense is known to any insured listed under Paragraph

**GCP 202 09 20**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 12 of 13**

056

**1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or offense.

10. **Nonowned Aircraft**

The following is added to Exclusion **2.g. Aircraft, Auto Or Watercraft** under **Section I - Coverage A - Bodily Injury And Property Damage Liability**:

This exclusion does not apply to an aircraft you do not own, provided that:

a. The pilot in command holds a current effective certificate, issued by a duly constituted authority of the United States of America or Canada, designating that person as a commercial or airline transport pilot;

b. The aircraft is rented with a trained, paid crew; and

c. The aircraft does not transport persons or cargo for a charge.

11. **Bodily Injury Redefined**

**Section V - Definitions, 3.** "Bodily injury" is replaced by the following:

3. "Bodily injury" means bodily harm or injury, sickness, disease, disability, humiliation, shock, fright, mental anguish or mental injury, including care, loss of services or death resulting from any of these at any time.

12. **Expected Or Intended Injury Redefined**

The last sentence of Exclusion **2.a. Expected Or Intended Injury** under **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

13. **Former Employees As Insureds**

The following is added to Paragraph **2.** under **Section II - Who Is An Insured:**

2. Each of the following is also an insured:

Any of your former "employees", directors, managers, members, partners or "executive officers", including but not limited to retired, disabled or those on leave of absence, but only for acts within the scope of their employment by you or for duties related to the conduct of your business.

# CinciPakTM
# COMMERCIAL GENERAL LIABILITY
# AMENDATORY ENDORSEMENT
# TABLE OF CONTENTS

**Page No.**

A.  Known Injury Or Damage Provision _____ 2
B.  Expected Or Intended Injury _____ 2
C.  Contractual Liability _____ 3
D.  Pollution _____ 4
E.  Aircraft, Auto Or Watercraft _____ 5
F.  Damage To Premises Rented To You _____ 5
G.  Known Injury Or Damage Provision - Personal And Advertising Injury Liability _____ 6
H.  Medical Payments _____ 6
I.   Supplementary Payments _____ 6
J.  Section IV - Commercial General Liability Conditions is amended _____ 7
K.  Excess Wrap Up _____ 7
L.  Advertisement Definition _____ 7
M.  Coverage Term Definition _____ 7
N.  Leased Worker Definition _____ 8
O.  Suit Definition _____ 8

GCP 403 12 22      Includes copyrighted material of Insurance
Services Office, Inc., with its permission.      **Page 1 of 8**
058

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CinciPak™
# COMMERCIAL GENERAL LIABILITY
# AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name Of Person(s) Or Organization(s):**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following does not apply to "your work" performed for the person(s) or organization(s) shown in the Schedule.

**A. Known Injury Or Damage Provision**

**Section I - Coverage A - Bodily Injury And Property Damage Liability**, **1. Insuring Agreement, b.(3)** and **c.** are replaced by the following:

**(3)** Prior to the "coverage term", no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the "coverage term", that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the "coverage term" will be deemed to have been known prior to the "coverage term".

**c.** "Bodily injury" or "property damage" which occurs during the "coverage term" and was not, prior to the "coverage term", known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the "coverage term".

**B. Expected Or Intended Injury**

If the Expected Or Intended Injury exclusion is not otherwise modified by any endorsement to this Coverage Part, Exclusion **2.a. Expected Or Intended Injury** under **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" which may reasonably be expected to result from the intentional or criminal acts of the insured or which is in fact expected or intended by the insured, even if the injury or damage is of a different degree or type than actually expected or intended.  This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### C. Contractual Liability

If the Contractual Liability exclusion under Coverage **A** or Coverage **B** is not otherwise modified by any endorsement to this Coverage Part, **1. - 4.** below applies:

1. Paragraph **b.(2)** under Exclusion **2.b. Contractual Liability**, **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

    **(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", when a claim or "suit" for "bodily injury" or "property damage" is made, we will defend or reimburse persons or organizations that are not insureds for reasonable costs incurred for defense, provided:

    **(a)** The obligation to defend, or the cost of the defense of, such persons or organizations, has been assumed by the insured in the same "insured contract";

    **(b)** The claim or "suit" against such persons or organizations giving rise to the defense obligation seeks damages for which the insured has assumed the liability of such persons or organizations in the same "insured contract";

    **(c)** This insurance applies to such liability assumed by the insured; and

    **(d)** We have not used up the applicable limit of insurance.

    Such defense payments will not reduce the limits of insurance.

    Our obligation to defend or reimburse persons or organizations that are not insureds for reasonable costs incurred for defense ends when the terms of the "insured contract" no longer require such defense.

2. Exclusion **2.e. Contractual Liability** under **Section I - Coverage B - Personal And Advertising Injury Liability,** is replaced by the following:

    **e.  Contractual Liability**

    "Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages:

    **(1)** That the insured would have in the absence of the contract or agreement; or

    **(2)** Assumed in a contract or agreement that is an "insured contract", provided the "personal and advertising injury" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", when a claim or "suit" for "personal and advertising injury" is made, we will defend or reimburse persons or organizations that are not insureds for reasonable costs incurred for defense, provided:

    **(a)** The obligation to defend, or the cost of the defense of, such persons or organizations, has been assumed by the insured in the same "insured contract";

    **(b)** The claim or "suit" against such persons or organizations giving rise to the defense obligation seeks damages for which the insured has assumed the liability of such persons or organizations in the same "insured contract";

    **(c)** This insurance applies to such liability assumed by the insured; and

    **(d)** We have not used up the applicable limit of insurance.

    Such defense payments will not reduce the limits of insurance.

    Our obligation to defend or reimburse persons or organizations that are not insureds for reasonable costs incurred for defense ends when the terms of the "insured contract" no longer require such defense.

3. Paragraph **2.** under **Supplementary Payments - Coverages A and B** is deleted.

4. Paragraph **9.f.** of the definition of "Insured contract" under **Section V - Definitions** is replaced by the following:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury", "property damage" or "personal and advertising injury" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury", "property damage" or "personal and advertising injury" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(2)** above and supervisory, inspection, architectural or engineering activities;

**(4)** That indemnifies an advertising, public relations or media consulting firm for "personal and advertising injury" arising out of the planning, execution or failure to execute marketing communications programs. Marketing communications programs include but are not limited to comprehensive marketing campaigns; consumer, trade and corporate advertising for all media; media planning, buying, monitoring and analysis; direct mail; promotion; sales materials; design; presentations; point-of-sale materials; market research; public relations and new product development;

**(5)** Under which the insured, if an advertising, public relations or media consulting firm, assumes liability for "personal and advertising injury" arising out of the insured's rendering or failure to render professional services, including those services listed in Paragraph **(4)**, above;

**(6)** That indemnifies a website designer or content provider, or Internet search, access, content or service provider for injury or damage arising out of the planning, execution or failure to execute Internet services. Internet services include but are not limited to design, production, distribution, maintenance and administration of websites and web banners; hosting websites; registering domain names; registering with search engines; marketing analysis; and providing access to the Internet or other similar networks; or

**(7)** Under which the insured, if a website designer or content provider, or Internet search, access, content or service provider, assumes liability for injury or damage arising out of the insured's rendering or failure to render Internet services, including those listed in Paragraph **(6)**, above.

**D. Pollution**

If the Pollution exclusion under Coverage **A** is not otherwise modified by any endorsement to this Coverage Part, the following applies:

**1.** Subparagraph **f.(1)(a)(i)** of Exclusion **2.f. Pollution** under **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**(i)** "Bodily injury" to any person injured while on any premises, site or location owned or occupied by, or rented or loaned to, you provided:

**1)** The injury is caused by the inadequate ventilation of vapors;

**2)** The person injured is first exposed to such vapors during the "coverage term"; and

**GCP 403 12 22**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 4 of 8**

061

**3)** Within 30 days of such first exposure, the person injured is clinically diagnosed or treated by a physician for the medical condition caused by the exposure to such vapors.  However, Paragraph **3)** does not apply if the "bodily injury" is caused by vapors produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests.

This exception **(i)** shall apply only to Named Insureds; we shall have no duty to defend or pay damages for any person or organization that is not a Named Insured.  However, this paragraph does not apply if the "bodily injury" is caused by vapors produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests.

For the purpose of the exception granted in Paragraph **(i)** only, vapors means any gaseous or airborne irritant or airborne contaminant, including smoke, fumes, vapor or soot, but excluding asbestos, which is discharged, dispersed, released or escapes from materials, machinery or equipment used in the service or maintenance of the premises.  Vapors does not mean any gaseous or airborne irritants or contaminants used in a manufacturing process or which is the product or by-product of any manufacturing process;

**2.** Subparagraph **f.(1)(d)(i)** of Exclusion **2.f. Pollution** under **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**(i)** "Bodily injury" or "property damage" arising out of the discharge, dispersal, seepage, migration, release, escape or emission of fuels, lubricants or other operating fluids, or exhaust gases, which are needed to perform, or are the result of, the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids, or exhaust gases, escape, seep or migrate, or are discharged, dispersed or released from a vehicle part designed to hold, store or receive them.  This exception does not apply if the fuels, lubricants or other operating fluids, or

exhaust gases, escape, seep or migrate, or are discharged, dispersed or released with the intent to cause "bodily injury" or "property damage" or with the knowledge that "bodily injury" or "property damage" is substantially certain to occur, or if such fuels, lubricants or other operating fluids, or exhaust gases, are brought on or to the premises, site or location with such intent to escape, seep or migrate, or be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**E.    Aircraft, Auto Or Watercraft**

Paragraph **(2)(a)** of Exclusion **2.g. Aircraft, Auto Or Watercraft** under **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**(a)** Less than 51 feet long; and

**F.    Damage To Premises Rented To You**

If Damage To Premises Rented To You under Coverage **A** is not otherwise modified on this Coverage Part, **1. - 5.** below applies:

**1.** The first exception (Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply…) to Exclusion **2.j. Damage To Property** under **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, explosion, lightning, smoke, soot or water) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days, for which the amount we will pay is limited to the Damage To Premises Rented To You Limit as described in Section **III** - Limits Of Insurance.

**2.** The last paragraph (Exclusions **c.** through **n.** do not apply…) of Paragraph **2. Exclusions** under **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

Exclusions **c.** through **n.** do not apply to damage by fire, explosion, lightning, smoke, soot or water to premises while rented to you or temporarily occupied by you with permission of the owner, for which the amount we will pay is limited to the Damage To Premises Rented To You Limit as described in Section **III** - Limits Of Insurance.

**3.** Paragraph **6.** of **Section III - Limits Of Insurance** is replaced by the following:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, explosion, lightning, smoke, soot or water, while rented to you or temporarily occupied by you with permission of the owner.

4. Paragraph **9.a.** of the definition of "Insured contract" under **Section V - Definitions** is replaced by the following:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, explosion, lightning, smoke, soot or water to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

5. Paragraph **4.b.(1)(a)(ii)** of Condition **4. Other Insurance** under **Section IV - Commercial General Liability Conditions** is replaced by the following:

   **(ii)** That is Fire, Explosion, Lightning, Smoke, Soot or Water Damage insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**G. Known Injury Or Damage Provision - Personal And Advertising Injury Liability**

If **Section I - Coverage B - Personal And Advertising Injury Liability** is not otherwise excluded by any endorsement to this Coverage Part, **1. Insuring Agreement, b.** is replaced with the following and adding **c.** and **d.**:

**b.** This insurance applies to "personal and advertising injury" only if:

   **(1)** The "personal and advertising injury" is caused by an offense arising out of your business;

   **(2)** The "personal and advertising injury" offense was committed in the "coverage territory" during the policy period; and

   **(3)** Prior to the "coverage term", no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an offense or claim, knew that the "personal and advertising injury" offense had been committed or had begun to be committed, in whole or in part. If such a listed insured or authorized

"employee" knew, prior to the "coverage term", that the "personal and advertising" offense was committed, then any continuation, change or resumption of such "personal and advertising injury" offense during or after the "coverage term" will be deemed to have been known prior to the "coverage term".

**c.** "Personal and advertising injury" caused by an offense which was committed during the "coverage term" and was not, prior to the "coverage term", known to have been committed by any insured listed under Paragraph **1.** of Section **II** - An Insured or any "employee" authorized by you to give or receive notice of an offense of claim, includes any continuation, change, or resumption of that "personal and advertising injury" offense after the end of the "coverage term".

**d.** "Personal and advertising injury" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an offense or claim:

   **(1)** Reports all, or any part, of the "personal and advertising injury" to us or any other insurer;

   **(2)** Receives a written or verbal demand or claim for damages because of the "personal and advertising injury"; or

   **(3)** Becomes aware by any other means that the offense had been committed or had begun to be committed.

**H. Medical Payments**

If **Section I - Coverage C - Medical Payments** is not otherwise excluded by any endorsement to this Coverage Part, Paragraph **1. Insuring Agreement, a.(b)** of **Coverage C - Medical Payments** is replaced by the following:

**(b)** The expenses are incurred and reported to us within three years of the date of the accident; and

**I. Supplementary Payments**

**Section I - Supplementary Payments - Coverages A and B** is amended as follows:

1. Paragraph **1.b.** is deleted in its entirety and replaced by the following:

   **b.** Up to $1,000 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

063

Liability Coverage applies. We do not have to furnish these bonds.

2. Paragraph **1.d.** is deleted in its entirety and replaced by the following:

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

J. The following are added to **Section IV - Commercial General Liability Conditions**:

1. **Liberalization**

   If, within 60 days prior to the beginning of this Coverage Part or during the policy period, we make any changes to any forms or endorsements of this Coverage Part for which there is currently no separate premium charge, and that change provides more coverage than this Coverage Part, the change will automatically apply to this Coverage Part as of the latter of:

   a. The date we implemented the change in your state; or

   b. The date this Coverage Part became effective; and

   will be considered as included until the end of the current policy period. We will make no additional premium charge for this additional coverage during the interim.

2. **Two Or More Coverage Forms Or Policies Issued By Us**

   If this Coverage Part and any other Coverage Form, Coverage Part or policy issued to you by us or any company affiliated with us apply to the same "occurrence" or "personal and advertising injury" offense, the aggregate maximum limit of insurance under all the Coverage Forms, Coverage Parts or policies shall not exceed the highest applicable limit of insurance under any one Coverage Form, Coverage Part or policy. This condition does not apply to any Coverage Form, Coverage Part or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Part.

K. **Excess Wrap Up**

   **Section IV - Commercial General Liability Conditions, 4. Other Insurance, b. Excess Insurance, (1)** is amended to add the following:

   (c) Any other insurance:

   (i) Whether primary, excess, contingent or on any other basis, except when such insurance is written specifically to be excess over this insurance; and

   (ii) That is wrap-up insurance on which you are an enrolled contractor. As used in this endorsement, wrap-up insurance means a centralized insurance program under which one party has secured either insurance or self-insurance covering some or all of the contractors or subcontractors performing work on one or more specific project(s).

L. **Advertisement Definition**

   The definition of "Advertisement" under **Section V - Definitions** is replaced by the following:

   1. "Advertisement" means a notice that is broadcast, telecast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. "Advertisement" includes a publicity article. For the purposes of this definition:

      a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

      b. Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an "advertisement".

M. **Coverage Term Definition**

   1. Adding the following definition under **Section V - Definitions**:

      "Coverage term" means the following individual increment, or if a multi-year policy period, increments, of time, which comprise the policy period of this Coverage Part:

      a. The year commencing on the Effective Date of this Coverage Part at 12:01 AM standard time at your mailing address shown in the Declarations, and if a multi-year policy period, each consecutive annual period thereafter, or portion thereof if any period is for a period of less than 12 months, constitute individual "coverage terms". The last "coverage term" ends at 12:00 AM standard time at your mailing address shown in the Declarations on the earlier of:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(1) The day the policy period shown in the Declarations ends; or

(2) The day the policy to which this Coverage Part is attached is terminated or cancelled.

b. However, if after the issuance of this Coverage Part, any "coverage term" is extended for an additional period of less than 12 months, that additional period of time will be deemed to be part of the last preceding "coverage term".

2. Exclusion **2.c. Material Published Prior To Policy Period** under **Section I - Coverage B - Personal And Advertising Injury Liability** is replaced by the following:

c. **Material Published Prior To Coverage Term**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the later of the following:

(1) The inception of this Coverage Part; or

(2) The "coverage term" in which insurance coverage is sought.

3. The last paragraph of **Section III - Limits Of Insurance** is replaced by the following:

The Limits of Insurance of this Coverage Part apply separately to each "coverage term".

**N. Leased Worker Definition**

The definition of "Leased worker" under **Section V - Definitions** is replaced by the following:

"Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business.  "Leased worker" includes supervisors furnished to you by the labor leasing firm. "Leased worker" does not include a "temporary worker".

**O. Suit Definition**

The definition of "Suit" under **Section V - Definitions** is amended by adding the following:

c. An appeal of a civil proceeding.

**GCP 403 12 22**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 8 of 8**

065

**COMMERCIAL GENERAL LIABILITY**
**CG 21 06 05 14**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**COMMERCIAL GENERAL LIABILITY**
**CG 21 32 05 09**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**A.** The following exclusion is added to Paragraph **2.**, **Exclusions** of Section **I - Coverage A - Bodily Injury and Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of Section **I - Coverage B - Personal and Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**CG 21 47 12 07**

+ ISO Properties, Inc., 2006

068

**COMMERCIAL GENERAL LIABILITY**
**CG 22 48 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - INSURANCE AND RELATED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" for which the insured may be held liable:

1. Because of:

   a. Any obligation assumed by any insured; or

   b. The failure to discharge, or the improper discharge of, any obligation or duty, contractual or otherwise;

   with respect to any contract or treaty of insurance, reinsurance, suretyship, annuity, endowment or employee benefit plan, including applications, receipts or binders;

2. Because of the membership in or contribution to or management or administration of any insurance plan, pool, association, insolvency or guarantee fund or any similar insurance fund, organization or association, whether voluntary or involuntary; or

3. Resulting from the rendering of or failure to render the following professional services:

   a. Advising, inspecting, reporting or making recommendations in the insured's capacity as an insurance company, consultant, broker, agent or representative thereof;

   b. Effecting insurance, reinsurance or suretyship coverages;

   c. Investigating, defending or settling any claim under any contract or treaty of insurance, self-insurance, reinsurance or suretyship;

   d. Auditing or maintaining accounts or records of others;

   e. Conducting an investment, loan or real estate department or operations;

   f. Acting in any capacity as a fiduciary or trustee for mutual funds, pension or welfare funds, annuities, endowments, employee benefit plans or other similar activities; or

   g. Performing any claim, investigative, adjustment, engineering, inspection, consulting, survey, audit, appraisal, actuarial or data processing service for a fee.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1., 2.** or **3.**

**CG 22 48 04 13**                    © Insurance Services Office, Inc., 2012                    **Page 1 of 1**

POLICY NUMBER: **ECP 030 34 06**                    **COMMERCIAL GENERAL LIABILITY**
**CG 25 03 05 09**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Designated Construction Project(s):** |
| **EACH OF THE NAMED INSURED'S CONSTRUCTION PROJECTS** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A,** and for all medical expenses caused by accidents under Section **I** - Coverage **C,** which can be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

**1.** A separate Designated Construction Project General Aggregate Limit applies to each designated construction project, and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

**2.** The Designated Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Coverage **C** regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**3.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the Designated Construction Project General Aggregate Limit for that designated construction project. Such payments shall not reduce the General Aggregate Limit

shown in the Declarations nor shall they reduce any other Designated Construction Project General Aggregate Limit for any other designated construction project shown in the Schedule above.

**4.** The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Construction Project General Aggregate Limit.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A,** and for all medical expenses caused by accidents under Section **I** - Coverage **C,** which cannot be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

**1.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-completed Operations Aggregate Limit, whichever is applicable; and

**2.** Such payments shall not reduce any Designated Construction Project General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because

CG 25 03 05 09                    © Insurance Services Office, Inc., 2008                    **Page 1 of 2** ☐
070

of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Construction Project General Aggregate Limit.

**D.** If the applicable designated construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

**E.** The provisions of Section **III** - Limits Of Insurance not otherwise modified by this endorsement shall continue to apply as stipulated.

POLICY NUMBER: **ECP 030 34 06**                                                        **COMMERCIAL GENERAL LIABILITY
                                                                                              CG 25 04 05 09**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DESIGNATED LOCATION(S)
# GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Designated Location(s):** |
| EACH LOCATION OWNED, RENTED OR LEASED TO OR BY THE NAMED INSURED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A,** and for all medical expenses caused by accidents under Section **I** - Coverage **C,** which can be attributed only to operations at a single designated "location" shown in the Schedule above:

  **1.** A separate Designated Location General Aggregate Limit applies to each designated "location", and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

  **2.** The Designated Location General Aggregate Limit is the most we will pay for the sum of all damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Coverage **C** regardless of the number of:

    **a.** Insureds;

    **b.** Claims made or "suits" brought; or

    **c.** Persons or organizations making claims or bringing "suits".

  **3.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the Designated Location General Aggregate Limit for that designated "location". Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Location General Aggregate Limit for

any other designated "location" shown in the Schedule above.

  **4.** The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Location General Aggregate Limit.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A,** and for all medical expenses caused by accidents under Section **I** - Coverage **C,** which cannot be attributed only to operations at a single designated "location" shown in the Schedule above:

  **1.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-completed Operations Aggregate Limit, whichever is applicable; and

  **2.** Such payments shall not reduce any Designated Location General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Location General Aggregate Limit.

CG 25 04 05 09                              © Insurance Services Office, Inc., 2008                              **Page 1 of 2** ☐

**D.** For the purposes of this endorsement, the **Definitions** Section is amended by the addition of the following definition:

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**E.** The provisions of Section **III** - Limits Of Insurance not otherwise modified by this endorsement shall continue to apply as stipulated.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability**:

    **2. Exclusions**

    This insurance does not apply to:

    **Asbestos**

    "Bodily injury" or "property damage" arising out of, attributable to, or any way related to asbestos in any form or transmitted in any manner.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

    **2. Exclusions**

    This insurance does not apply to:

    **Asbestos**

    "Personal and advertising injury" arising out of, attributable to, or any way related to asbestos in any form or transmitted in any manner.

**GA 3064 09 20**

**Page 1 of 1**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - CYBER LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability**:

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury" or any liability, costs, expenses or damages arising, directly or indirectly, out of or as a consequence of any:

1. "Computer attack";

2. "Network security incident";

3. "Privacy violation"; or

4. Fraudulent communication that impersonates any person or organization that results in the transfer of funds or other property, regardless of the medium or technique used.

**B.** The following are added to **Section V – Definitions**:

1. "Biometric information" means any:

   a. Biometric identifier including a retina or iris scan, fingerprint, voiceprint, scan of hand or face geometry, or any other personally identifiable measurable biological characteristic of an individual; or

   b. Biometric information including any information, regardless of how it is captured, converted, stored or shared, based on an individual's biometric identifier used to identify an individual.

2. "Computer attack" means:

   a. Unauthorized access or authorized access for an unauthorized purpose;

   b. A "malware attack"; or

   c. A "denial of service attack";

   against any computer, computer system or network of computers or computer systems, including any other machinery or equipment, including their control sys-

tems, which are accessed by or integrated into a computer, computer system or network of computers or computer systems.

3. "Denial of service attack" means an attack against a target computer or network of computers designed to overwhelm the capacity of the target computer or network in order to deny or impede users from gaining access to the target computer or network through the internet.

4. "Malware attack" means an attack that damages a computer, computer system or network of computers or computer systems, including any other machinery or equipment, including their control systems, which are accessed by or integrated into a computer, computer system or network of computers or computer systems, or data contained therein arising from malicious code, including, but not limited to, viruses, worms, Trojans, spyware, keyloggers and ransomware.

5. "Network security incident" means a security failure or weakness with respect to a computer, computer system or network of computers or computer systems which allowed one or more of the following to happen:

   a. The propagation or forwarding of malware, including, but not limited to, viruses, worms, Trojans, spyware, keyloggers and ransomware;

   b. The abetting of a "denial of service attack" against one or more other systems;

   c. The loss, release or disclosure of data;

   d. The inability to access a computer system;

   e. The unauthorized access to a computer system.

6. "Privacy law" means any law, statute or regulation enacted or promulgated by or on behalf of any federal, state, local or foreign governmental entity in such entity's regulatory or official capacity that cre-

GA 3074 09 22

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

075

**Page 1 of 2**

ates legally enforceable responsibilities with respect to:

**a.** The collection, use, storage, disclosure, disposal, sharing or disseminating as well as correction or supplementation of personally identifying information, including, but not limited to, "biometric information"; or

**b.** The adoption and communication of, as well as compliance with, a "privacy policy".

"Privacy laws" include, but are not limited to, the European Union General Data Protection Regulation, the California Consumer Privacy Act and the Illinois Biometric Information Privacy Act.

**7.** "Privacy policy" means an entity's policy for collection, use, storage, disclosure, disposal, sharing, disseminating and correction or supplementation of personally identifying information, including, but not limited to, "biometric information".

**8.** "Privacy violation" means failure to comply for any reason with a "privacy law" or "privacy policy".

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MOBILE EQUIPMENT SUBJECT TO MOTOR VEHICLE INSURANCE LAWS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A. Section I - Coverage A – Bodily Injury And Property Damage Liability**, **2. Exclusions**, **g. Aircraft, Auto Or Watercraft** is replaced by the following:

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises that you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 51 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B. Section II – Who Is An Insured** is amended to include:

**4.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**C. Section V - Definitions**, "Auto" and "Mobile equipment" are replaced by the following:

"Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

"Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted;

**GA 4250 09 20**                    Includes copyrighted material of Insurance
Services Office, Inc., with its permission.                    **Page 1 of 2**
077

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**D.** This endorsement does not apply to any liability arising from an "occurrence" caused by or arising from any land vehicle if:

**1.** You have an Auto Coverage Form in force at the time of the "occurrence"; and

**2.** The land vehicle meets the definition of auto in your Auto Coverage Form or policy, regardless of whether or not such land vehicle is:

**a.** A covered auto under such Auto Coverage Form or policy; or

**b.** Specifically described on a schedule of covered autos on your Auto Coverage Form or policy.

**GA 4250 09 20**     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     **Page 2 of 2**

078

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT - POLLUTANT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Section V - Definitions**, "Pollutants" is replaced by the following:

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, petroleum, petroleum products and petroleum byproducts, and waste. Waste includes materials to be recycled, reconditioned or reclaimed. "Pollutants" include but are not limited to substances which are generally recognized in industry or government to be harmful or toxic to persons, property or the environment regardless of whether the injury or damage is caused directly or indirectly by the "pollutants" and whether:

**a.**  The insured is regularly or otherwise engaged in activities which taint or degrade the environment; or

**b.**  The insured uses, generates or produces the "pollutants".

**GA 4531 09 20**                                                                                     **Page 1 of 1**

079

# NOTICE TO POLICYHOLDERS
# GENERAL LIABILITY REWRITE 2020

This is a summary of the major changes in your policy.  NO COVERAGE IS PROVIDED BY THIS SUMMARY. Nor can it be construed to replace any provision of your policy.  YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE CAREFULLY for complete information on the coverages that you are provided.  If there is any conflict, between the policy and this summary, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

The major areas within the policy that broaden or reduce coverage, and other changes, are highlighted below. This notice does not reference every editorial change made in your policy. We have followed the policy sequence of provisions in setting out this material.

**COMMERCIAL GENERAL LIABILITY COVERAGE FORMS CG 00 01 04 13 and CG 00 02 04 13**
Previously we used our own proprietary Commercial General Liability Coverage Form, **GA 101.**  We will now use ISO's CGL form, **CG 00 01** in addition to a CIC proprietary CGL Amendatory endorsement that contains features from the **GA 101** that we are retaining.  The following were previously built into the **GA 101** and are now attached by endorsement.  These changes reflect no impact in coverage:
Employment-Related Practices Exclusion **CG 21 47;** Asbestos Exclusion **GA 3064;** Pollutant Definition Amendatory **GA 4531;** Commercial General Liability Amendatory Endorsement **GA 4533;** Nuclear Energy Liability Exclusion (Broad Form) **IL 00 21.**

Below reflects the changes taking place from our previous **GA 101** to ISO's **CG 00 01** with our Commercial General Liability Amendatory Endorsement **GA 4533** .

**A.  BROADENING OF COVERAGE**
1.  Coverage **A** – Exclusion **2.c.**  (Liquor Liability) is revised to provide an exception with respect to allowing a person to bring alcoholic beverages onto the named insured's premises for consumption on the named insured's premises.
2.  Coverage **A** – Exclusion **2.p.**  (Electronic Data) is revised to introduce an exception for liability for damages because of bodily injury.

**B.  OTHER CHANGES**
1.  Coverage **A** – Exclusion **2.c.**  (Liquor Liability) is revised to reinforce that the exclusion applies even if claims against an insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others, or providing or failing to provide transportation with respect to any person that may be under the influence of alcohol.
2.  Coverage **A** – Exclusion **2.g.**  (Aircraft, Auto Or Watercraft) is revised to delete reference to "in the state".
3.  Coverage **A** – Exclusion **2.q.**  and Coverage **B** – Exclusion **2.p.**  (Recording And Distribution Of Material Or Information In Violation Of Law). This exclusion replaces the current Distribution of Material in Violation of Statutes Exclusion.  The revised exclusion contains language that elaborates on the intent of the Distribution of Material in Violation of Statutes Exclusion to reflect that, in addition to the TCPA and CAN-SPAM Act of 2003, the exclusion will more explicitly exclude liability coverage for bodily injury, property damage or personal and advertising injury arising out of any action or omission that violates,  or is alleged to violate, the Fair Credit Reporting Act (FCRA), and any amendment of or addition to  such law, including the Fair and Accurate Credit Transactions Act (FACTA) and any other similar fed- eral, state or local statute, ordinance or regulation concerning disposal and dissemination of personal information.
4.  Coverage **B** – Exclusions **2.b.**  and **2.c.**  (Material Published With Knowledge Of Falsity and Material Published Prior To Policy Period) are revised to reference "in any manner", with respect to oral or written publication, for consistency with the definition of personal and advertising injury.
5.  Coverage **B** – Exclusion **i.**  (Infringement Of Copyright, Patent, Trademark Or Trade Secret) is revised to reinforce that the exclusion does not apply to coverage for personal and advertising injury arising out of infringement of other intellectual property rights involving the use of another's advertising idea in your advertisement.
6.  The Supplementary Payments Section in your policy provides coverage for your defense costs with respect to any claim we investigate or settle, or any suit against you that we defend.  The Supplementary Payments Section has been revised to reinforce that coverage is provided for court costs taxed

**GA 4541 09 20**                                                                                              **Page 1 of 5**

against you, but this section does not provide coverage for plaintiff's attorneys' fees or attorneys' expenses taxed against you.  While this change is considered to be a reinforcement of coverage intent, it may result in a decrease in coverage in jurisdictions where courts have ruled that plaintiff expenses taxed against the insured can be levied as a supplementary payment.

## C.  CONDITIONS

### OTHER CHANGES
Condition **4.**  (Other Insurance) is generally revised so that the insurance provided is excess over any other insurance for which the named insured has been added as an additional insured, whether by endorsement or any other means.

## D.  DEFINITIONS

### OTHER CHANGES
1. Definition **2.**  (Auto) is revised to delete reference to "in the state" with respect to where a vehicle is licensed or principally garaged.
2. Definition **12.**  (Mobile Equipment) is revised to delete reference to "in the state" with respect to where a vehicle is licensed or principally garaged.

---

## LIQUOR LIABILITY COVERAGE FORMS CG 00 33 04 13 and CG 00 34 04 13

**A.  BROADENING OF COVERAGE** We have included trusts as Named Insureds.  In addition, trustees have been included as insureds but only with respect to their duties as trustees.

**B.  OTHER CHANGES**
1. Definition **5.**  (Injury) is revised to reinforce that coverage is provided for bodily injury or property damage, as well as any related care, loss of service or loss of support.
2. The Supplementary Payments Section in your policy provides coverage for your defense costs with respect to any claim we investigate or settle, or any suit against you that we defend.  The Supplementary Payments Section has been revised to reinforce that coverage is provided for court costs taxed against you, but this section does not provide coverage for plaintiff's attorneys' fees or attorneys' expenses taxed against you.  While this change is considered to be a reinforcement of coverage intent, it may result in a decrease in coverage in jurisdictions where courts have ruled that plaintiff expenses taxed against the insured can be levied as a supplementary payment.

---

## CONTRACTOR'S ERRORS AND OMISSIONS COVERAGE FORM CLAIMS-MADE GA 117 09 20

1. The General Liability Professional Liability exclusion is revised to expressly address, in part, claims alleging negligence or other wrongdoing in the hiring, employment, training, supervision or monitoring of others by any insured.  If you have an umbrella, it will contain similar language.  This change is considered a clarification in coverage.
2. The Supplementary Payments Section is revised to reinforce that coverage is provided for court costs taxed against you, but this section does not provide coverage for plaintiff's attorneys' fees or attorneys' expenses taxed against you.  While this change is considered to be a reinforcement of coverage intent, it may result in a decrease in coverage in jurisdictions where courts have ruled that plaintiff expenses taxed against the insured can be levied as a supplementary payment.
3. A Fungi or Bacteria exclusion is added.
4. The definition of claim is added to include consequential loss.

---

**CONTRACTOR'S LIMITED POLLUTION LIABILITY COVERAGE FORM**  **GA 119 09 20**
**GOLF COURSE CHEMICAL APPLICATION LIMITED LIABILITY COVERAGE FORM**  **GA 120 09 20**
**CHEMICAL DRIFT LIMITED LIABILITY COVERAGE FORM - CLAIMS-MADE**  **GA 125 09 20**

1. The Aircraft, Auto, Rolling Stock Or Watercraft exclusion is revised to expressly address, in part, claims alleging negligence or other wrongdoing in the hiring, employment, training, supervision or monitoring of

**GA 4541 09 20**                                                        **Page 2 of 5**

others by any insured.  If you have an umbrella, it will contain similar language.  This change is considered a clarification in coverage.

**2.** Adding an Employment-Related Practices exclusion.  While this exclusion is a reinforcement of coverage intent, it may result in a decrease in coverage in jurisdictions where coverage would have otherwise applied.  For that reason, we are listing it as a decrease.

**3.** The Supplementary Payments Section is revised to reinforce that coverage is provided for court costs taxed against you, but this section does not provide coverage for plaintiff's attorneys' fees or attorneys' expenses taxed against you.  While this change is considered to be a reinforcement of coverage intent, it may result in a decrease in coverage in jurisdictions where courts have ruled that plaintiff expenses taxed against the insured can be levied as a supplementary payment.

---

### MANUFACTURER'S ERRORS AND OMISSIONS COVERAGE FORM - CLAIMS-MADE GA 121 09 20

The Professional Liability exclusion in the form is revised to expressly address, in part, claims alleging negligence or other wrongdoing in the hiring, employment, training, supervision or monitoring of others by any insured.  If you have an umbrella, it will contain similar language.  This change is considered a clarification in coverage.

---

### SERVICES ERRORS AND OMISSIONS COVERAGE EXTENSION GA 122 09 20

**1.** The Aircraft, Auto Or Watercraft exclusion is revised to expressly address, in part, claims alleging negligence or other wrongdoing in the hiring, employment, training, supervision or monitoring of others by any insured.  If you have an umbrella, it will contain similar language.  This change is considered a clarification in coverage.

**2.** The Liquor Liability exclusion is revised to reinforce that the exclusion applies even if claims against an insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others, or providing or failing to provide transportation with respect to any person that may be under the influence of alcohol.

---

### SEPTIC SYSTEMS DESIGN AND INSPECTION ERRORS AND OMISSIONS COVERAGE FORM GA 123 09 20

The Aircraft, Motor Vehicle Or Watercraft exclusion is revised to expressly address, in part, claims alleging negligence or other wrongdoing in the hiring, employment, training, supervision or monitoring of others by any insured.  If you have an umbrella, it will contain similar language.  This change is considered a clarification in coverage.

---

### REDUCTIONS

**CG 20 11 12 19   ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES**
**CG 20 24 12 19   ADDITIONAL INSURED - OWNERS OR OTHER INTERESTS FROM WHOM LAND HAS BEEN LEASED**

This change is also contained in the GL Extended/Broadened endorsements: **GA 210 09 20; GA 227 09 20; GA 233 09 20; GA 256 09 20; GA 262 09 20; GA 264 09 20; GA 267 09 20; GCP 202 09 20; GCP 203 09 20; GCP 204 09 20.**

These endorsements are revised to delete "arising out of" and add specific language that provides an additional insured with coverage for their vicarious or contributory negligence only.  When these endorsements are attached to your policy, there may be a reduction in coverage for those states in which:

- Named insureds are permitted to contractually hold harmless an additional insured for that additional insured's sole negligence; and
- Courts have enabled coverage for the sole negligence of the additional insured.

**CG 21 50 04 13   AMENDMENT OF LIQUOR LIABILITY EXCLUSION**
**CG 21 51 04 13   AMENDMENT OF LIQUOR LIABILITY EXCLUSION - EXCEPTION FOR SCHEDULED PREMISES OR ACTIVITIES**

**GA 4541 09 20**                                                                                    **Page 3 of 5**

These endorsements are revised to indicate that the liquor liability exclusion will apply if a named insured permits any person to bring any alcoholic beverages on the named insured's premises, for consumption on the named insured's premises.

## CG 21 47 12 07   EMPLOYMENT-RELATED PRACTICES EXCLUSION

The Employment-Related Practices Exclusion is revised to reinforce that, when this endorsement is attached to your policy, coverage is not provided for any injury to a person associated with the employment of that person, whether it occurs before employment, during employment or after employment of that person.  Additionally, the exclusion is revised to reinforce that coverage does not apply for injury to a person caused by the malicious prosecution of that person.

While these changes are each a reinforcement of coverage intent, they may result in a decrease in coverage in jurisdictions where courts have ruled the exclusion to be inapplicable in employment-related malicious prosecution claims and/or post-employment claims.  For that reason, out of caution, we are listing it as a decrease.  This exclusion was previously built into our Commercial General Liability Coverage Form, **GA 101** and is now added separately to the **CG 00 01** .

## CG 22 97 12 19   PHARMACISTS - BROADENED COVERAGE

This endorsement is revised to:
- Generally address state or federal laws affecting the professional services provided by pharmacists;
- Amend the exclusion for willful violation of a penal statute or ordinance to apply to the willful violation of applicable state or federal laws governing pharmacists, not just sales of pharmaceuticals;
- Add negligent supervision-related language; and
- Other editorial changes.

There is no impact on coverage.  However, the negligent supervision provision may result in a reduction in coverage in states where courts have ruled professional services exclusions to be inapplicable to negligent supervision claims and other similar types of claims.

## OTHER

## CG 21 41 12 19   EXCLUSION - INTERCOMPANY PRODUCTS SUITS

This endorsement is revised to include the term "suit" within the endorsement, for consistency with language used in the new cross suits liability exclusion endorsements and is a clarification of coverage intent.

## CG 22 65 12 19   OPTICAL AND HEARING AID ESTABLISHMENTS

This endorsement is revised to replace "including" with "the following" in the Insuring Agreement provision and other editorial revisions.  This is a reinforcement of coverage intent and has no impact on coverage.

## CG 22 70 04 13   REAL ESTATE PROPERTY MANAGED

This endorsement is revised to reinforce that the insurance provided is excess over any other insurance available, whether such insurance is primary or excess.

## CG 21 50 04 13   AMENDMENT OF LIQUOR LIABILITY EXCLUSION
## CG 21 51 04 13   AMENDMENT OF LIQUOR LIABILITY EXCLUSION - EXCEPTION FOR SCHEDULED PREMISES OR ACTIVITIES

These endorsements are revised to reinforce that the exclusion applies even if claims against an insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others, or providing or failing to provide transportation with respect to any person that may be under the influence of alcohol.  Additionally, the endorsements are revised to indicate that the liquor liability exclusion will apply if a named insured permits any person to bring any alcoholic beverages on the named insured's premises, for consumption on the named insured's premises.

## CG 20 17 12 19 ADDITIONAL INSURED - UNIT-OWNERS OF TOWNHOUSE OR HOMEOWNER ASSOCIATIONS

This endorsement is revised to include unit-owners of homeowner associations.  In addition, a provision is added to address restriction of coverage to the unit-owner for liability arising out of maintenance, use or repair of a portion of the premises (common area) that is reserved for the unit-owner's exclusive use or occupancy, *e.g.,* assigned parking area, garden plot, storage closets or lockers.

With respect to unit-owners of homeowner associations, this represents a broadening of coverage.  With respect to unit-owners of townhouse associations, the provision restricting additional insured status for a unit-owner's liability arising out of the ownership, maintenance, use or repair of that portion of the premises which is reserved

**GA 4541 09 20**                                                                                      **Page 4 of 5**

for the unit-owner's exclusive use or occupancy may be a reduction in coverage.  The endorsement number for this was previously **GA 479** .

### CG 22 36 12 19   EXCLUSION - LIMITED PRODUCTS AND PROFESSIONAL SERVICES - PHARMACISTS

This endorsement is revised to limit the products/completed operations hazard exclusion to apply only to bodily injury or property damage arising out of the insured's products dispensed or sold in connection with the pharmacist's services,  *e.g.,* prescription drugs.  If the attachment of this endorsement replaces the prior version of **CG 22 36,** it may result in a broadening of coverage.  The attachment of this endorsement to a policy not containing the prior version of **CG 22 36** results in a reduction of coverage.

### CG 22 69 12 19   PHARMACISTS

This endorsement is revised to:
- Generally address state or federal laws affecting the professional services provided by pharmacists;
- Amend the exclusion for willful violation of a penal statute or ordinance to apply to the willful violation of applicable state or federal laws governing pharmacists, not just sales of pharmaceuticals;
- Amend the exclusion for certain specific services performed by a pharmacist to apply to all tests, not just blood tests;
- Remove managing drug therapy from the exclusion for certain specific services performed by a pharmacist; and
- Other editorial changes.

With respect to removal of managing drug therapy from the exclusion of certain specified services, this change may be considered a broadening in coverage.  With respect to the amendment to the willful violation exclusion and the amendment to the exclusion for certain specified services related to tests, these changes may result in a reduction of coverage.  Other changes have no impact on coverage.

### GA 399 09 20     EXCLUSION - TOBACCO OR NICOTINE PRODUCTS

This endorsement is revised from excluding liability or damages from health hazards arising out of tobacco or nicotine products to excluding bodily injury, property damage or personal and advertising injury arising out of tobacco or nicotine products.  This is a clarification of coverage.

---

### BASIC FARM PREMISES LIABILITY ENDORSEMENT FL 04 11 04 16
### PERSONAL LIABILITY ENDORSEMENT FL 04 12 04 16 BROAD FARM
### PREMISES LIABILITY ENDORSEMENT FL 04 37 04 16

We are making revisions to the Professional Services Exclusion in these endorsements to address liability for negligent supervision claims caused by the rendering of, or failure to render, professional services.  This is a reinforcement of coverage.  However, this change may result in a reduction in coverage in states where courts have ruled professional services exclusions to be inapplicable to negligent supervision claims and other similar types of claims.

### FL 05 62 04 16   AMENDMENT OF INSURED CONTRACT DEFINITION ENDORSEMENT

In response to the growing number of states enacting "anti-indemnification laws", we have revised the "insured contract" definition to provide that a contract under which the insured assumes the tort liability of another party to pay for bodily injury or property damage to a third party shall only be considered an insured contract to the extent that the named insured's assumption of the tort liability is permitted by law.  This also applies with respect to Coverage **M** – Chemical Drift Liability Coverage and Coverage **N** – Limited Crop Dusting Coverage (if made part of the Policy) when the named insured assumes the tort liability of another party to pay a third person or organization for physical injury to crops or animals.

When this endorsement is used, an insured will not be provided coverage for the tort liability such insured assumes of another party to the extent that the assumption of such liability is prohibited in a particular jurisdiction.

**GA 4541 09 20**                                                                                                   **Page 5 of 5**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT - RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.q.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is deleted in its entirety and replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA) or any similar state, local or foreign law, including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**B.** Exclusion **2.p.** of **Section I - Coverage B - Personal And Advertising Injury Liability** is deleted in its entirety and replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA) or any similar state, local or foreign law, including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.



**The Cincinnati Insurance Company**
**The Cincinnati Casualty Company**
**The Cincinnati Indemnity Company**

**Policy Number:** `ECP 030 34 06`

**Effective Date:** `02-01-2024`

**Named Insured:** `ELLERBROCK-NORRIS AGENCY INC DBA ELLERBROCK-NORRIS INSURANCE`

For professional advice and policy questions or changes, please contact your local independent agency:

```
ELLERBROCK-NORRIS AGENCY, INC.
PO BOX 816
HASTINGS, NE 68902-0816


402-463-2461
```

Dear Policyholder:

**Thank you**
Thank you for trusting The Cincinnati Insurance Companies with your commercial insurance coverage. We recognize that locally based independent agents have the working knowledge to help you choose the right insurance company for your needs. Together with your local independent insurance agency, we are committed to providing you with the highest level of service.

Please review your enclosed policy information to verify your coverage details, as well as deductibles and coverage amounts. Should your needs change, your agent is available to review and update your policy.

**Please promptly report claims**
If you experience a policy-related loss, you may report it by contacting your local professional independent agency representing The Cincinnati Insurance Companies or by directly calling us toll-free at **877-242-2544** and providing your policy number and claim-related information.

Sincerely,

Sean M. Givler
Senior Vice President - Commercial Lines

IA 4443 04 14

086

# NOTICE TO POLICYHOLDERS OF REDUCTION IN COVERAGE NUCLEAR, BIOLOGICAL, CHEMICAL AND RADIOLOGICAL HAZARDS EXCLUSION

This is a notice of a change in your policy. NO COVERAGE IS PROVIDED BY THIS NOTICE nor can it be construed to replace any provisions of your policy. YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

This notice is applicable to the following coverage parts:

**COMMERCIAL PROPERTY COVERAGE PART**
**COMMERCIAL INLAND MARINE COVERAGE PART**
**COMMERCIAL OUTPUT PROGRAM - PROPERTY COVERAGE PART**
**MACHINERY AND EQUIPMENT COVERAGE PART**
**MACHINERY AND EQUIPMENT SYSTEMS COVERAGE PART**

With this policy renewal, your coverage has been amended to exclude nuclear, biological, chemical and radiological hazards with form **IA 327 - NUCLEAR, BIOLOGICAL, CHEMICAL AND RADIOLOGICAL HAZARDS EXCLUSION.**

**IA 4554 07 23**                                                                                                          **Page 1 of 1**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GENERAL CHANGE ENDORSEMENT

Attached to and forming part of:

| Auto / Garage Policy Number **EBA 030 34 06** | All Other Policy Number **ECP 030 34 06** | Effective Date of Endorsement **03-22-2024** |
|---|---|---|

Issued to  **ELLERBROCK-NORRIS AGENCY INC DBA ELLERBROCK-NORRIS INSURANCE**

Agent **ELLERBROCK-NORRIS AGENCY, INC. 26-012**
    **HASTINGS, NE**                                                    Endorsement # **1**

## PREMIUM INFORMATION

**Additional** Premium Due at Endorsement Effective Date ▮▮▮▮

Subsequent Annual Installments Increased by        $ _____▮▮▮▮▮▮▮__

Revised Annual Installment Payment(s)        $ _____▮▮▮▮▮▮▮__

**It is agreed that the policy is amended as indicated by**    ☒

☐ **Policy Installment Premium Amended to:**
  ☐ Annual    ☐ Semi-Annual    ☐ Quarterly

☐ **Named Insured**

☐ **Mailing Address**

☐ **Form(s) Added**

☐ **Form(s) Deleted**

## All Other Reason for Change

```
AMENDING IA904 TO INCLUDE:
  LOC 5 - 9059 IRONWOOD COURT STE B - LINCOLN NE 68520

AMENDING FM502 AS FOLLOWS, PER ATTACHED
  BLANKET BUSINESS PERSONAL PROPERTY LIMIT TO 1,667,540

AMENDING PER REVISED GA532 ATTACHED
ADDING:
  06055 - LOC 5
```

## Auto / Garage Reason for Change

03-22-2024 09:37

**IA 4329 12 09**                    088                    **Page  1 of  1**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SCHEDULE OF LOCATIONS

| LOC. | STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 1 | 2203 OSBORNE DR W<br>HASTINGS, NE 68901-9109 | | | |
| 2 | 4331 N 156TH ST<br>OMAHA, NE 68116-1429 | | | |
| 3 | 4004 6TH AVE<br>KEARNEY, NE 68845-3393 | | | |
| 4 | 7120 STEPHANIE LN # 200<br>LINCOLN, NE 68516-5332 | | | |
| 5 | 9059 IRON WOOD CT STE B<br>LINCOLN, NE 68520-5332 | | | |

**IA 904 04 04**

089

# THE CINCINNATI INSURANCE COMPANY

**A Stock Insurance Company**

# COMMERCIAL GENERAL LIABILITY COVERAGE
# PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: **ECP 030 34 06**

Named Insured is the same as it appears in the Common Policy Declarations

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $1,000,000 | |
| GENERAL AGGREGATE LIMIT | $2,000,000 | |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $2,000,000 | |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000 | ANY ONE PERSON OR ORGANIZATION |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | | ANY ONE |
| $100,000 limit unless otherwise indicated herein: | $1,000,000 | PREMISES |
| MEDICAL EXPENSE LIMIT | | |
| $5,000 limit unless otherwise indicated herein: | $ | ANY ONE PERSON |

| CLASSIFICATION | CODE NO. | PREMIUM BASE | RATE | | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|
| | | A - Area<br>B - Payroll<br>C - Gross Sales<br>D - Units<br>E - Other | Products / Completed Operations | All Other | Products / Completed Operations | All Other |
| LOC. 1 - NE<br>INSURANCE AGENTS<br>INCL PROD AND/OR COMP OP | 06055 | A 8,990 | | 19.222 | | ■ |
| LOC. 2 - NE<br>INSURANCE AGENTS<br>INCL PROD AND/OR COMP OP | 06055 | A 3,500 | | 17.311 | | ■ |
| LOC. 3 - NE<br>INSURANCE AGENTS<br>INCL PROD AND/OR COMP OP | 06055 | A 2,982 | | 19.222 | | ■ |
| LOC. 4 - NE<br>INSURANCE AGENTS<br>INCL PROD AND/OR COMP OP | 06055 | A 2,920 | | 19.222 | | ■ |
| LOC. 5 - NE<br>INSURANCE AGENTS<br>INCL PROD AND/OR COMP OP | 06055 | A 4,752 | | 19.222 | | ■ |
| EXTENDED LIABILITY | 20296 | | | 2% | | ■ |

The General Liability Coverage Part is subject to an annual minimum premium.

TOTAL ANNUAL PREMIUM    ■

**FORMS AND / OR ENDORSEMENTS APPLICABLE TO COMMERCIAL GENERAL LIABILITY COVERAGE PART:**
CG0001    04/13    COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**GA 532 07 08**    ECP 030 34 06    **Page 1 of 2**

**FORMS AND / OR ENDORSEMENTS APPLICABLE TO COMMERCIAL GENERAL LIABILITY COVERAGE PART:**

```
GCP202     09/20     CINCIPAK™ COMMERCIAL GENERAL LIABILITY EXTENDED LIABILITY
                     ENDORSEMENT
GCP403     12/22     CINCIPAK™ COMMERCIAL GENERAL LIABILITY AMENDATORY ENDORSEMENT
CG2106     05/14     EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL
                     INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY
                     INJURY EXCEPTION
CG2132     05/09     COMMUNICABLE DISEASE EXCLUSION
CG2147     12/07     EMPLOYMENT - RELATED PRACTICES EXCLUSION
CG2248     04/13     EXCLUSION - INSURANCE AND RELATED OPERATIONS
CG2503     05/09     DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGGREGATE LIMIT
CG2504     05/09     DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT
GA3064     09/20     EXCLUSION - ASBESTOS
GA3074     09/22     EXCLUSION - CYBER LIABILITY
GA4250     09/20     MOBILE EQUIPMENT SUBJECT TO MOTOR VEHICLE INSURANCE LAWS
GA4531     09/20     AMENDMENT - POLLUTANT DEFINITION
GA4566     06/22     AMENDMENT - RECORDING AND DISTRIBUTION OF MATERIAL OR
                     INFORMATION IN VIOLATION OF LAW EXCLUSION
```

**GA 532 07 08**                    ECP 030 34 06                    **Page 2 of 2**

091

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GENERAL CHANGE ENDORSEMENT

Attached to and forming part of:

| Auto / Garage Policy Number  **EBA 030 34 06** | All Other Policy Number  **ECP 030 34 06** | Effective Date of Endorsement  **04-01-2024** |
|---|---|---|

Issued to  **ELLERBROCK-NORRIS AGENCY INC DBA ELLERBROCK-NORRIS INSURANCE**

Agent **ELLERBROCK-NORRIS AGENCY, INC. 26-012**

   **HASTINGS, NE**                                        Endorsement #  **2**

---

## PREMIUM INFORMATION

**Return** Premium Due at Endorsement Effective Date      ▮▮▮_____

Subsequent Annual Installments Decreased by        $ _____▮▮▮___

Revised Annual Installment Payment(s)            $ _____▮▮▮▮___

**It is agreed that the policy is amended as indicated by    ☒**

☐ **Policy Installment Premium Amended to:**
   ☐ Annual     ☐ Semi-Annual     ☐ Quarterly

☐ **Named Insured**



☐ **Mailing Address**



☐ **Form(s) Added**


☒ **Form(s) Deleted**

   FCP209 05/16    CINCIPAK™ CONDOMINIUM COMMERCIAL UNIT-OWNERS PROPERTY
              COVERAGE ENHANCEMENT

## All Other Reason for Change

AMENDING IA904 TO DELETE:
  LOC 4 - 7120 STEPHANIE LANE #200 - LINCOLN NE

AMENDING FM502 AS FOLLOWS, PER ATTACHED
  BLANKET BUSINESS PERSONAL PROPERTY LIMIT TO 1,383,555

AMENDING PER REVISED GA532 ATTACHED
DELETING:
  06055 - LOC 4

## Auto / Garage Reason for Change



03-22-2024 09:45

---

IA 4329 12 09                          092                          **Page  1 of  1**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SCHEDULE OF LOCATIONS

| LOC. | STREET ADDRESS | CITY | STATE | ZIP CODE |
|------|----------------|------|-------|----------|
| 1 | 2203 OSBORNE DR W | | | |
| | HASTINGS, NE 68901-9109 | | | |
| 2 | 4331 N 156TH ST | | | |
| | OMAHA, NE 68116-1429 | | | |
| 3 | 4004 6TH AVE | | | |
| | KEARNEY, NE 68845-3393 | | | |
| 5 | 9059 IRON WOOD CT STE B | | | |
| | LINCOLN, NE 68520-5332 | | | |

**IA 904 04 04**

093

# THE CINCINNATI INSURANCE COMPANY

**A Stock Insurance Company**

# COMMERCIAL GENERAL LIABILITY COVERAGE
# PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: **ECP 030 34 06**

Named Insured is the same as it appears in the Common Policy Declarations

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $1,000,000 | |
| GENERAL AGGREGATE LIMIT | $2,000,000 | |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $2,000,000 | |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000 | ANY ONE PERSON OR ORGANIZATION |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | | ANY ONE |
| $100,000 limit unless otherwise indicated herein: | $1,000,000 | PREMISES |
| MEDICAL EXPENSE LIMIT | | |
| $5,000 limit unless otherwise indicated herein: | $ | ANY ONE PERSON |

| CLASSIFICATION | CODE NO. | PREMIUM BASE | RATE | | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|
| | | A - Area<br>B - Payroll<br>C - Gross Sales<br>D - Units<br>E - Other | Products / Completed Operations | All Other | Products / Completed Operations | All Other |
| LOC. 1 - NE<br>INSURANCE AGENTS<br>INCL PROD AND/OR COMP OP | 06055 | A 8,990 | | 19.222 | | ■ |
| LOC. 2 - NE<br>INSURANCE AGENTS<br>INCL PROD AND/OR COMP OP | 06055 | A 3,500 | | 17.311 | | ■ |
| LOC. 3 - NE<br>INSURANCE AGENTS<br>INCL PROD AND/OR COMP OP | 06055 | A 2,982 | | 19.222 | | ■ |
| LOC. 5 - NE<br>INSURANCE AGENTS<br>INCL PROD AND/OR COMP OP | 06055 | A 4,752 | | 19.222 | | ■ |
| EXTENDED LIABILITY | 20296 | | | 2% | | ■ |

The General Liability Coverage Part is subject to an annual minimum premium.

TOTAL ANNUAL PREMIUM ■

**FORMS AND / OR ENDORSEMENTS APPLICABLE TO COMMERCIAL GENERAL LIABILITY COVERAGE PART:**

| | | |
|---|---|---|
| CG0001 | 04/13 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| GCP202 | 09/20 | CINCIPAK™ COMMERCIAL GENERAL LIABILITY EXTENDED LIABILITY ENDORSEMENT |
| GCP403 | 12/22 | CINCIPAK™ COMMERCIAL GENERAL LIABILITY AMENDATORY ENDORSEMENT |

**FORMS AND / OR ENDORSEMENTS APPLICABLE TO COMMERCIAL GENERAL LIABILITY COVERAGE PART:**

| | | |
|---|---|---|
| CG2106 | 05/14 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION |
| CG2132 | 05/09 | COMMUNICABLE DISEASE EXCLUSION |
| CG2147 | 12/07 | EMPLOYMENT - RELATED PRACTICES EXCLUSION |
| CG2248 | 04/13 | EXCLUSION - INSURANCE AND RELATED OPERATIONS |
| CG2503 | 05/09 | DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGGREGATE LIMIT |
| CG2504 | 05/09 | DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT |
| GA3064 | 09/20 | EXCLUSION - ASBESTOS |
| GA3074 | 09/22 | EXCLUSION - CYBER LIABILITY |
| GA4250 | 09/20 | MOBILE EQUIPMENT SUBJECT TO MOTOR VEHICLE INSURANCE LAWS |
| GA4531 | 09/20 | AMENDMENT - POLLUTANT DEFINITION |
| GA4566 | 06/22 | AMENDMENT - RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION |

**GA 532 07 08**            ECP 030 34 06            **Page 2 of 2**

095

## Transaction Summary

Policy Number:       **ECP 030 34 06 / EBA 030 34 06**

Effective Date:      **05-01-2025**

Named Insured:       **ELLERBROCK-NORRIS AGENCY INC DBA ELLERBROCK-NORRIS INSURANCE**

Issued: **09-29-2025 15:06**

| Effective Date | Transaction Type | Endorsement Number | | Premium Due | | | Installments | | |
|---|---|---|---|---|---|---|---|---|---|
| | | New | Old | New | Old | Net Due Now | Revised | Previous | Increase/ Decrease |
| 07/11/2025 | Reapply of Endorsement 5 | 8 | 5 | ■■■ | ■■■ | ■■ | ■■ | ■■■ | ■■■ |
| 07/17/2025 | Reapply of Endorsement 6 | 9 | 6 | ■ | ■ | ■ | ■■ | ■■ | ■ |
| 05/01/2025 | Endorsement | 7 | | ■■■ | | ■■■ | ■■ | ■■■ | ■■■ |

**Total Net Due Now**

■■

**Questions or Change Request**
To inquire about your account or request changes, please contact your agency.

ELLERBROCK-NORRIS AGENCY, INC.
PO BOX 816
HASTINGS, NE 68902-0816
402-463-2461

**IA 4484 10 16**                                              **Page 1 of 1**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GENERAL CHANGE ENDORSEMENT

Attached to and forming part of:

| | | |
|---|---|---|
| Auto / Garage Policy Number **EBA 030 34 06** | All Other Policy Number **ECP 030 34 06** | Effective Date of Endorsement **05-01-2025** |

Issued to  **ELLERBROCK-NORRIS AGENCY INC DBA ELLERBROCK-NORRIS INSURANCE**

Agent **ELLERBROCK-NORRIS AGENCY, INC. 26-012**
          **HASTINGS, NE**                                                   Endorsement # **7**

## PREMIUM INFORMATION

**Return** Premium Due at Endorsement Effective Date   ▮▮▮▮

Subsequent Annual Installments Decreased by          $ _____▮▮▮▮___

Revised Annual Installment Payment(s)                $ _____▮▮▮▮___

**It is agreed that the policy is amended as indicated by   ☒**

☐ **Policy Installment Premium Amended to:**
   ☐ Annual      ☐ Semi-Annual      ☐ Quarterly

☐ **Named Insured**

☐ **Mailing Address**

☐ **Form(s) Added**

☐ **Form(s) Deleted**

## All Other Reason for Change

AMENDING IA904 AND FM502 TO DELETE ALL COVERAGES AT LOC 3- 4004 6TH
AVE KEARNEY NE 68845 IN ITS ENTIRETY PER REVISED ATTACHED

AMENDING GA532 TO DELETE 06055 PER REVISED ATTACHED

## Auto / Garage Reason for Change

09-29-2025 15:06

**IA 4329 12 09**                                    097                                    **Page  1 of  1**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SCHEDULE OF LOCATIONS

**LOC.  STREET ADDRESS    CITY    STATE    ZIP CODE**

1    2203 OSBORNE DR W
     HASTINGS, NE 68901-9109

2    4331 N 156TH ST
     OMAHA, NE 68116-1429

5    9059 IRON WOOD CT STE B
     LINCOLN, NE 68520-5332

**IA 904 04 04**

098

# THE CINCINNATI INSURANCE COMPANY

**A Stock Insurance Company**

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: **ECP 030 34 06**

Named Insured is the same as it appears in the Common Policy Declarations

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $1,000,000 | |
| GENERAL AGGREGATE LIMIT | $2,000,000 | |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $2,000,000 | |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000 | ANY ONE PERSON OR ORGANIZATION |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | | ANY ONE |
| $100,000 limit unless otherwise indicated herein: | $1,000,000 | PREMISES |
| MEDICAL EXPENSE LIMIT | | |
| $5,000 limit unless otherwise indicated herein: | $ | ANY ONE PERSON |

| CLASSIFICATION | CODE NO. | PREMIUM BASE | RATE | | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|
| | | A - Area<br>B - Payroll<br>C - Gross Sales<br>D - Units<br>E - Other | Products / Completed Operations | All Other | Products / Completed Operations | All Other |
| **LOC. 1 - NE**<br>**INSURANCE AGENTS**<br>**INCL PROD AND/OR COMP OP** | 06055 | A 8,990 | | 19.222 | | ▮ |
| **LOC. 2 - NE**<br>**INSURANCE AGENTS**<br>**INCL PROD AND/OR COMP OP** | 06055 | A 3,500 | | 17.311 | | ▮ |
| **LOC. 5 - NE**<br>**INSURANCE AGENTS**<br>**INCL PROD AND/OR COMP OP** | 06055 | A 4,752 | | 19.222 | | ▮ |
| **EXTENDED LIABILITY** | 20296 | | | 2% | | ▮ |

The General Liability Coverage Part is subject to an annual minimum premium.

TOTAL ANNUAL PREMIUM ▮

**FORMS AND / OR ENDORSEMENTS APPLICABLE TO COMMERCIAL GENERAL LIABILITY COVERAGE PART:**

| | | |
|---|---|---|
| CG0001 | 04/13 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| GCP202 | 09/20 | CINCIPAK™ COMMERCIAL GENERAL LIABILITY EXTENDED LIABILITY ENDORSEMENT |
| GCP403 | 12/22 | CINCIPAK™ COMMERCIAL GENERAL LIABILITY AMENDATORY ENDORSEMENT |
| CG2106 | 05/14 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION |
| CG2132 | 05/09 | COMMUNICABLE DISEASE EXCLUSION |
| CG2147 | 12/07 | EMPLOYMENT - RELATED PRACTICES EXCLUSION |

**GA 532 07 08**              ECP 030 34 06              **Page 1 of 2**

**FORMS AND / OR ENDORSEMENTS APPLICABLE TO COMMERCIAL GENERAL LIABILITY COVERAGE PART:**

| | | |
|---|---|---|
| CG2248 | 04/13 | EXCLUSION - INSURANCE AND RELATED OPERATIONS |
| CG2503 | 05/09 | DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGGREGATE LIMIT |
| CG2504 | 05/09 | DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT |
| GA3064 | 09/20 | EXCLUSION - ASBESTOS |
| GA3074 | 09/22 | EXCLUSION - CYBER LIABILITY |
| GA4250 | 09/20 | MOBILE EQUIPMENT SUBJECT TO MOTOR VEHICLE INSURANCE LAWS |
| GA4531 | 09/20 | AMENDMENT - POLLUTANT DEFINITION |
| GA4566 | 06/22 | AMENDMENT - RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION |

**GA 532 07 08**              ECP 030 34 06                              **Page 2 of 2**

100

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GENERAL CHANGE ENDORSEMENT

Attached to and forming part of:

| | | |
|---|---|---|
| Auto / Garage<br>Policy Number  **EBA 030 34 06** | All Other<br>Policy Number  **ECP 030 34 06** | Effective Date<br>of Endorsement  **07-11-2025** |

Issued to   **ELLERBROCK-NORRIS AGENCY INC DBA ELLERBROCK-NORRIS INSURANCE**

Agent **ELLERBROCK-NORRIS AGENCY, INC. 26-012**

**HASTINGS, NE**                                      Endorsement # **5**

---

## PREMIUM INFORMATION

**Return** Premium Due at Endorsement Effective Date    ▮▮▮▮▮

Subsequent Annual Installments Decreased by        $ _____▮▮▮▮▮__

Revised Annual Installment Payment(s)             $ _____▮▮▮▮▮__

**It is agreed that the policy is amended as indicated by   ☒**

☐ **Policy Installment Premium Amended to:**
   ☐ Annual      ☐ Semi-Annual      ☐ Quarterly

☐ **Named Insured**

☐ **Mailing Address**

☐ **Form(s) Added**

☐ **Form(s) Deleted**

---

## All Other Reason for Change

```
AMENDING IA904 AS FOLLOWS:
ADDING:
LOC 6 - 109 N BURLINGTON AVE #100 HASTINGS NE 68901
DELETING:
LOC 1 - 2203 OSBORNE DR W HASTINGS NE 68901

AMENDING FM502 AS FOLLOWS:
AMENDING:
BLANKET BUILDING TO 596,700:
BLANKET BUSINESS PERSONAL PROPERTY TO 2,014,313:
ADDING:
6-1 BUSINESS PERSONAL PROPERTY 750,000
DELETING:
1-1 BUILDING 2,486,250
1-1 BUSINESS PERSONAL PROPERTY 276,250

AMENDING FA474 WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE TO DELETE:
```

---

**IA 4329 12 09**                             101                       **Page  1 of  2**

1-1 1% WINDSTORM/HAIL PERCENTAGE DEDUCTIBLE

DELETING ELECTRONIC DATA PROCESSING - BLANKET

AMENDING GA532 TO DELETE 06055 LOC 1 PER REVISED ATTACHED

**Auto / Garage Reason for Change**

07-22-2025 09:33

**IA 4329 12 09**                                    102                                    **Page  2 of  2**

# THE CINCINNATI INSURANCE COMPANY

**A Stock Insurance Company**

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: **ECP 030 34 06**

Named Insured is the same as it appears in the Common Policy Declarations

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $1,000,000 | |
| GENERAL AGGREGATE LIMIT | $2,000,000 | |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $2,000,000 | |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000 | ANY ONE PERSON OR ORGANIZATION |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | | ANY ONE |
| $100,000 limit unless otherwise indicated herein: | $1,000,000 | PREMISES |
| MEDICAL EXPENSE LIMIT | | |
| $5,000 limit unless otherwise indicated herein: | $ | ANY ONE PERSON |

| CLASSIFICATION | CODE NO. | PREMIUM BASE | RATE | | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|
| | | A - Area B - Payroll C - Gross Sales D - Units E - Other | Products / Completed Operations | All Other | Products / Completed Operations | All Other |
| LOC. 2 - NE INSURANCE AGENTS INCL PROD AND/OR COMP OP | 06055 | A 3,500 | | 17.311 | | ■ |
| LOC. 3 - NE INSURANCE AGENTS INCL PROD AND/OR COMP OP | 06055 | A 2,982 | | 19.222 | | ■ |
| LOC. 5 - NE INSURANCE AGENTS INCL PROD AND/OR COMP OP | 06055 | A 4,752 | | 19.222 | | ■ |
| EXTENDED LIABILITY | 20296 | | | 2% | | ■■■ |

The General Liability Coverage Part is subject to an annual minimum premium.

TOTAL ANNUAL PREMIUM ■■■

**FORMS AND / OR ENDORSEMENTS APPLICABLE TO COMMERCIAL GENERAL LIABILITY COVERAGE PART:**

| | | |
|---|---|---|
| CG0001 | 04/13 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| GCP202 | 09/20 | CINCIPAK™ COMMERCIAL GENERAL LIABILITY EXTENDED LIABILITY ENDORSEMENT |
| GCP403 | 12/22 | CINCIPAK™ COMMERCIAL GENERAL LIABILITY AMENDATORY ENDORSEMENT |
| CG2106 | 05/14 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION |
| CG2132 | 05/09 | COMMUNICABLE DISEASE EXCLUSION |
| CG2147 | 12/07 | EMPLOYMENT - RELATED PRACTICES EXCLUSION |

**GA 532 07 08**          ECP 030 34 06          **Page 1 of 2**

**FORMS AND / OR ENDORSEMENTS APPLICABLE TO COMMERCIAL GENERAL LIABILITY COVERAGE PART:**

```
CG2248   04/13   EXCLUSION - INSURANCE AND RELATED OPERATIONS
CG2503   05/09   DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGGREGATE LIMIT
CG2504   05/09   DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT
GA3064   09/20   EXCLUSION - ASBESTOS
GA3074   09/22   EXCLUSION - CYBER LIABILITY
GA4250   09/20   MOBILE EQUIPMENT SUBJECT TO MOTOR VEHICLE INSURANCE LAWS
GA4531   09/20   AMENDMENT - POLLUTANT DEFINITION
GA4566   06/22   AMENDMENT - RECORDING AND DISTRIBUTION OF MATERIAL OR
                 INFORMATION IN VIOLATION OF LAW EXCLUSION
```

**GA 532 07 08**                    ECP 030 34 06                    **Page 2 of 2**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GENERAL CHANGE ENDORSEMENT

Attached to and forming part of:

| Auto / Garage<br>Policy Number  **EBA 030 34 06** | All Other<br>Policy Number  **ECP 030 34 06** | Effective Date<br>of Endorsement  **07-11-2025** |
|---|---|---|

Issued to   **ELLERBROCK-NORRIS AGENCY INC DBA ELLERBROCK-NORRIS INSURANCE**

Agent **ELLERBROCK-NORRIS AGENCY, INC. 26-012**
       **HASTINGS, NE**

Endorsement # **8**
**REPLACES # 5**

## PREMIUM INFORMATION

**Return** Premium Due at Endorsement Effective Date       ███████

Subsequent Annual Installments Decreased by       $ _____ ███████

Revised Annual Installment Payment(s)       $ _____ ███████

### It is agreed that the policy is amended as indicated by   ☒

☐ **Policy Installment Premium Amended to:**
   ☐ Annual     ☐ Semi-Annual     ☐ Quarterly

☐ **Named Insured**

☐ **Mailing Address**

☐ **Form(s) Added**

☒ **Form(s) Deleted**
   FA474 04/20       WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE

## All Other Reason for Change

AMENDING IA904 AS FOLLOWS:
ADDING:
LOC 6 - 109 N BURLINGTON AVE #100 HASTINGS NE 68901
DELETING:
LOC 1 - 2203 OSBORNE DR W HASTINGS NE 68901

AMENDING FM502 AS FOLLOWS:
AMENDING:
BLANKET BUILDING TO 596,700:
BLANKET BUSINESS PERSONAL PROPERTY TO 2,014,313:
ADDING:
6-1 BUSINESS PERSONAL PROPERTY 750,000
DELETING:
1-1 BUILDING 2,486,250
1-1 BUSINESS PERSONAL PROPERTY 276,250

AMENDING FA474 WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE TO DELETE:

**IA 4329 12 09**                          105                          **Page  1 of  2**

1-1 1% WINDSTORM/HAIL PERCENTAGE DEDUCTIBLE

DELETING ELECTRONIC DATA PROCESSING - BLANKET

AMENDING GA532 TO DELETE 06055 LOC 1 PER REVISED ATTACHED

**Auto / Garage Reason for Change**

10-02-2025 08:21

**IA 4329 12 09**

106

**Page 2 of 2**

# THE CINCINNATI INSURANCE COMPANY

**A Stock Insurance Company**

# COMMERCIAL GENERAL LIABILITY COVERAGE
# PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: **ECP 030 34 06**

Named Insured is the same as it appears in the Common Policy Declarations

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $1,000,000 | |
| GENERAL AGGREGATE LIMIT | $2,000,000 | |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $2,000,000 | |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000 | ANY ONE PERSON OR ORGANIZATION |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT $100,000 limit unless otherwise indicated herein: | $1,000,000 | ANY ONE PREMISES |
| MEDICAL EXPENSE LIMIT $5,000 limit unless otherwise indicated herein: | $ | ANY ONE PERSON |

| CLASSIFICATION | CODE NO. | PREMIUM BASE | RATE | | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|
| | | A - Area<br>B - Payroll<br>C - Gross Sales<br>D - Units<br>E - Other | Products / Completed Operations | All Other | Products / Completed Operations | All Other |
| LOC. 2 - NE<br>INSURANCE AGENTS<br>INCL PROD AND/OR COMP OP | 06055 | A 3,500 | | 17.311 | | ▪ |
| LOC. 5 - NE<br>INSURANCE AGENTS<br>INCL PROD AND/OR COMP OP | 06055 | A 4,752 | | 19.222 | | ▪ |
| EXTENDED LIABILITY | 20296 | | | 2% | | ▪ |

The General Liability Coverage Part is subject to an annual minimum premium.

TOTAL ANNUAL PREMIUM    **$ 277**

**FORMS AND / OR ENDORSEMENTS APPLICABLE TO COMMERCIAL GENERAL LIABILITY COVERAGE PART:**

| | | |
|---|---|---|
| CG0001 | 04/13 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| GCP202 | 09/20 | CINCIPAK™ COMMERCIAL GENERAL LIABILITY EXTENDED LIABILITY ENDORSEMENT |
| GCP403 | 12/22 | CINCIPAK™ COMMERCIAL GENERAL LIABILITY AMENDATORY ENDORSEMENT |
| CG2106 | 05/14 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION |
| CG2132 | 05/09 | COMMUNICABLE DISEASE EXCLUSION |
| CG2147 | 12/07 | EMPLOYMENT - RELATED PRACTICES EXCLUSION |
| CG2248 | 04/13 | EXCLUSION - INSURANCE AND RELATED OPERATIONS |
| CG2503 | 05/09 | DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGGREGATE LIMIT |
| CG2504 | 05/09 | DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT |
| GA3064 | 09/20 | EXCLUSION - ASBESTOS |

**GA 532 07 08**          ECP 030 34 06          **Page 1 of 2**

**FORMS AND / OR ENDORSEMENTS APPLICABLE TO COMMERCIAL GENERAL LIABILITY COVERAGE PART:**

| | | |
|---|---|---|
| GA3074 | 09/22 | EXCLUSION - CYBER LIABILITY |
| GA4250 | 09/20 | MOBILE EQUIPMENT SUBJECT TO MOTOR VEHICLE INSURANCE LAWS |
| GA4531 | 09/20 | AMENDMENT - POLLUTANT DEFINITION |
| GA4566 | 06/22 | AMENDMENT - RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GENERAL CHANGE ENDORSEMENT

Attached to and forming part of:

| Auto / Garage<br>Policy Number **EBA 030 34 06** | All Other<br>Policy Number **ECP 030 34 06** | Effective Date<br>of Endorsement **07-17-2025** |
|---|---|---|

Issued to **ELLERBROCK-NORRIS AGENCY INC DBA ELLERBROCK-NORRIS INSURANCE**

Agent **ELLERBROCK-NORRIS AGENCY, INC. 26-012**

**HASTINGS, NE**                                                    Endorsement # **6**

---

**PREMIUM INFORMATION**

---

**Additional** Premium Due at Endorsement Effective Date ▮ _____

Subsequent Annual Installments Increased by                         $ _____▮___

Revised Annual Installment Payment(s)                               $ _____▮___

**It is agreed that the policy is amended as indicated by** ☒

☐ **Policy Installment Premium Amended to:**
   ☐ Annual    ☐ Semi-Annual    ☐ Quarterly

☐ **Named Insured**

☐ **Mailing Address**

☒ **Form(s) Added**

CG2010 12/19        **ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS -**
                    **SCHEDULED PERSON OR ORGANIZATION**

☐ **Form(s) Deleted**

---

**All Other Reason for Change**

---

**AMENDING GA532 29919 PER REVISED ATTACHED**

**ADDING CG2010 PER ATTACHED**

---

**Auto / Garage Reason for Change**

---

**07-28-2025 11:59**

**IA 4329 12 09**                                109                                **Page 1 of 1**

# THE CINCINNATI INSURANCE COMPANY

**A Stock Insurance Company**

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: **ECP 030 34 06**

Named Insured is the same as it appears in the Common Policy Declarations

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $1,000,000 | |
| GENERAL AGGREGATE LIMIT | $2,000,000 | |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $2,000,000 | |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000 | ANY ONE PERSON OR ORGANIZATION |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT $100,000 limit unless otherwise indicated herein: | $1,000,000 | ANY ONE PREMISES |
| MEDICAL EXPENSE LIMIT $5,000 limit unless otherwise indicated herein: | $ | ANY ONE PERSON |

| CLASSIFICATION | CODE NO. | PREMIUM BASE A - Area B - Payroll C - Gross Sales D - Units E - Other | RATE Products / Completed Operations | RATE All Other | ADVANCE PREMIUM Products / Completed Operations | ADVANCE PREMIUM All Other |
|---|---|---|---|---|---|---|
| LOC. 2 - NE INSURANCE AGENTS INCL PROD AND/OR COMP OP | 06055 | A 3,500 | | 17.311 | | ▪ |
| LOC. 3 - NE INSURANCE AGENTS INCL PROD AND/OR COMP OP | 06055 | A 2,982 | | 19.222 | | ▪ |
| LOC. 5 - NE INSURANCE AGENTS INCL PROD AND/OR COMP OP | 06055 | A 4,752 | | 19.222 | | ▪ |
| EXTENDED LIABILITY | 20296 | | | 2% | | ▬▬ |
| ADDITIONAL INSUREDS - OWNER, LESSEE, CONTRACTOR | 29919 | | | | | ▪ |

The General Liability Coverage Part is subject to an annual minimum premium.

TOTAL ANNUAL PREMIUM ▬▬

**FORMS AND / OR ENDORSEMENTS APPLICABLE TO COMMERCIAL GENERAL LIABILITY COVERAGE PART:**

| | | |
|---|---|---|
| CG0001 | 04/13 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| GCP202 | 09/20 | CINCIPAK™ COMMERCIAL GENERAL LIABILITY EXTENDED LIABILITY ENDORSEMENT |
| GCP403 | 12/22 | CINCIPAK™ COMMERCIAL GENERAL LIABILITY AMENDATORY ENDORSEMENT |
| CG2010 | 12/19 | ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION |

**GA 532 07 08**          ECP 030 34 06          **Page 1 of 2**

**FORMS AND / OR ENDORSEMENTS APPLICABLE TO COMMERCIAL GENERAL LIABILITY COVERAGE PART:**

| | | |
|---|---|---|
| CG2106 | 05/14 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION |
| CG2132 | 05/09 | COMMUNICABLE DISEASE EXCLUSION |
| CG2147 | 12/07 | EMPLOYMENT - RELATED PRACTICES EXCLUSION |
| CG2248 | 04/13 | EXCLUSION - INSURANCE AND RELATED OPERATIONS |
| CG2503 | 05/09 | DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGGREGATE LIMIT |
| CG2504 | 05/09 | DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT |
| GA3064 | 09/20 | EXCLUSION - ASBESTOS |
| GA3074 | 09/22 | EXCLUSION - CYBER LIABILITY |
| GA4250 | 09/20 | MOBILE EQUIPMENT SUBJECT TO MOTOR VEHICLE INSURANCE LAWS |
| GA4531 | 09/20 | AMENDMENT - POLLUTANT DEFINITION |
| GA4566 | 06/22 | AMENDMENT - RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION |

**GA 532 07 08**                    ECP 030 34 06                    **Page 2 of 2**

111

POLICY NUMBER: **ECP 030 34 06**

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 12 19**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| TURNER CONSTRUCTION COMPANY | ANY LOCATION AT WHICH WORK OR OPERATIONS ARE PERFORMED BY YOU OR ON YOUR BEHALF |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 12 19**

© Insurance Services Office, Inc., 2018

**Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

113

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GENERAL CHANGE ENDORSEMENT

Attached to and forming part of:

| Auto / Garage<br>Policy Number  **EBA 030 34 06** | All Other<br>Policy Number  **ECP 030 34 06** | Effective Date<br>of Endorsement  **07-17-2025** |
|---|---|---|

Issued to  **ELLERBROCK-NORRIS AGENCY INC DBA ELLERBROCK-NORRIS INSURANCE**

Agent **ELLERBROCK-NORRIS AGENCY, INC. 26-012**

    **HASTINGS, NE**

Endorsement # **9**
**REPLACES # 6**

## PREMIUM INFORMATION

**Additional** Premium Due at Endorsement Effective Date ▮ _____

Subsequent Annual Installments Increased by          $ _____▮__

Revised Annual Installment Payment(s)          $ _____▮___

**It is agreed that the policy is amended as indicated by    ☒**

☐ **Policy Installment Premium Amended to:**
    ☐ Annual    ☐ Semi-Annual    ☐ Quarterly

☐ **Named Insured**


☐ **Mailing Address**


☒ **Form(s) Added**

  CG2010 12/19      ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS -
                    SCHEDULED PERSON OR ORGANIZATION

☐ **Form(s) Deleted**

## All Other Reason for Change

AMENDING GA532 29919 PER REVISED ATTACHED
ADDING CG2010 PER ATTACHED

## Auto / Garage Reason for Change

10-02-2025 08:21

**IA 4329 12 09**                    114                    **Page  1 of  1**

# THE CINCINNATI INSURANCE COMPANY

**A Stock Insurance Company**

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: **ECP 030 34 06**

Named Insured is the same as it appears in the Common Policy Declarations

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $1,000,000 | |
| GENERAL AGGREGATE LIMIT | $2,000,000 | |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $2,000,000 | |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000 | ANY ONE PERSON OR ORGANIZATION |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | | ANY ONE |
| $100,000 limit unless otherwise indicated herein: | $1,000,000 | PREMISES |
| MEDICAL EXPENSE LIMIT | | |
| $5,000 limit unless otherwise indicated herein: | $ | ANY ONE PERSON |

| CLASSIFICATION | CODE NO. | PREMIUM BASE<br>A - Area<br>B - Payroll<br>C - Gross Sales<br>D - Units<br>E - Other | RATE | | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|
| | | | Products / Completed Operations | All Other | Products / Completed Operations | All Other |
| LOC. 2 - NE<br>INSURANCE AGENTS<br>INCL PROD AND/OR COMP OP | 06055 | A 3,500 | | 17.311 | | ■ |
| LOC. 5 - NE<br>INSURANCE AGENTS<br>INCL PROD AND/OR COMP OP | 06055 | A 4,752 | | 19.222 | | ■ |
| EXTENDED LIABILITY | 20296 | | | 2% | | ■■ |
| ADDITIONAL INSUREDS -<br>OWNER, LESSEE, CONTRACTOR | 29919 | | | | | ■ |

The General Liability Coverage Part is subject to an annual minimum premium.

TOTAL ANNUAL PREMIUM    $ 347

**FORMS AND / OR ENDORSEMENTS APPLICABLE TO COMMERCIAL GENERAL LIABILITY COVERAGE PART:**

| | | |
|---|---|---|
| CG0001 | 04/13 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| GCP202 | 09/20 | CINCIPAK™ COMMERCIAL GENERAL LIABILITY EXTENDED LIABILITY ENDORSEMENT |
| GCP403 | 12/22 | CINCIPAK™ COMMERCIAL GENERAL LIABILITY AMENDATORY ENDORSEMENT |
| CG2010 | 12/19 | ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION |
| CG2106 | 05/14 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION |
| CG2132 | 05/09 | COMMUNICABLE DISEASE EXCLUSION |

**GA 532 07 08**                    ECP 030 34 06                    **Page 1 of 2**

**FORMS AND / OR ENDORSEMENTS APPLICABLE TO COMMERCIAL GENERAL LIABILITY COVERAGE PART:**

| | | |
|---|---|---|
| CG2147 | 12/07 | EMPLOYMENT - RELATED PRACTICES EXCLUSION |
| CG2248 | 04/13 | EXCLUSION - INSURANCE AND RELATED OPERATIONS |
| CG2503 | 05/09 | DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGGREGATE LIMIT |
| CG2504 | 05/09 | DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT |
| GA3064 | 09/20 | EXCLUSION - ASBESTOS |
| GA3074 | 09/22 | EXCLUSION - CYBER LIABILITY |
| GA4250 | 09/20 | MOBILE EQUIPMENT SUBJECT TO MOTOR VEHICLE INSURANCE LAWS |
| GA4531 | 09/20 | AMENDMENT - POLLUTANT DEFINITION |
| GA4566 | 06/22 | AMENDMENT - RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION |

**GA 532 07 08**                    ECP 030 34 06                    **Page 2 of 2**

116

POLICY NUMBER: **ECP 030 34 06**                    **COMMERCIAL GENERAL LIABILITY**
**CG 20 10 12 19**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| TURNER CONSTRUCTION COMPANY | ANY LOCATION AT WHICH WORK OR OPERATIONS ARE PERFORMED BY YOU OR ON YOUR BEHALF |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 12 19**                    © Insurance Services Office, Inc., 2018                    **Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GENERAL CHANGE ENDORSEMENT

Attached to and forming part of:

| | | |
|---|---|---|
| Auto / Garage Policy Number **EBA 030 34 06** | All Other Policy Number **ECP 030 34 06** | Effective Date of Endorsement **02-01-2026** |

Issued to **ELLERBROCK-NORRIS AGENCY INC DBA ELLERBROCK-NORRIS INSURANCE**

Agent **ELLERBROCK-NORRIS AGENCY, INC. 26-012**
     **HASTINGS, NE**

Endorsement # **10**

---

**PREMIUM INFORMATION**

---

**Additional** Premium Due at Endorsement Effective Date **REFER TO ICP101**

Subsequent Annual Installments Increased by          $ _____

Revised Annual Installment Payment(s)                $ _____

---

**It is agreed that the policy is amended as indicated by** ☒

☐ **Policy Installment Premium Amended to:**
    ☐ Annual        ☐ Semi-Annual        ☐ Quarterly

☐ **Named Insured**

☐ **Mailing Address**

☐ **Form(s) Added**

☐ **Form(s) Deleted**

---

**All Other Reason for Change**

**AMENDING BUSINESS PERSONAL PROPERTY AT LOCATION 2-1 PER REVISED FM502**

**ADDING COMMERCIAL GENERAL LIABIITY CODE 06055 - INSURANCE AGENTS - OFFICE - AREA - 5600 FOR LOCATION 6-1 PER REVSIED GA532**

---

**Auto / Garage Reason for Change**

---

**01-26-2026 10:14**

**IA 4329 12 09**                                   119                                   **Page  1 of  1**

# CinciPak™
# SUMMARY OF PREMIUMS CHARGED

Attached to and forming part of
POLICY NUMBER:  **ECP 030 34 06 / EBA 030 34 06**          Effective Date: **02-01-2026**

Named Insured:  **ELLERBROCK-NORRIS AGENCY INC DBA ELLERBROCK-NORRIS INSURANCE**

## THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE
## PARTS FOR WHICH A PREMIUM CHARGE IS INDICATED

| | |
|---|---|
| Commercial Property Coverage Part | $ ▮ |
| Commercial General Liability Coverage Part | $ ▮ |
| Commercial Crime Coverage Part | $ ▮ |
| Electronic Data Processing Equipment Coverage Part | $ ▮ |
| Commercial Auto Coverage Part | $ ▮ |
| Commercial Umbrella / Excess Liability Coverage Part | $ ▮ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| Terrorism Coverage | $ ▮ |
| Installment Charge | $ ▮ |
| **ANNUAL TOTAL PAYMENTS** | $ ▮ |

|  | First Installment | Remaining Installment(s) |
|---|---|---|
| **ANNUAL** | ▮ | |

Automobile Coverages, Employers Liability, Employment Practices Liability Coverage, Professional Liability Coverage, Terrorism Coverage and / or Wrongful Acts Coverage, if included in the policy, are subject to Annual Adjustment of rates and premium on each anniversary of the policy.

Commercial Umbrella and Excess Liability, if included in the policy, may be subject to Annual Adjustment of premium on each anniversary. Refer to the Commercial Umbrella or Excess Liability Coverage Part Declarations form to see if this is applicable.

### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

**ICP 101 05 11**

120

# THE CINCINNATI INSURANCE COMPANY

**A Stock Insurance Company**

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: **ECP 030 34 06**

Named Insured is the same as it appears in the Common Policy Declarations

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $1,000,000 | |
| GENERAL AGGREGATE LIMIT | $2,000,000 | |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $2,000,000 | |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000 | ANY ONE PERSON OR ORGANIZATION |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | | ANY ONE |
| $100,000 limit unless otherwise indicated herein: | $1,000,000 | PREMISES |
| MEDICAL EXPENSE LIMIT | | |
| $5,000 limit unless otherwise indicated herein: | $ | ANY ONE PERSON |

| CLASSIFICATION | CODE NO. | PREMIUM BASE | RATE | | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|
| | | A - Area<br>B - Payroll<br>C - Gross Sales<br>D - Units<br>E - Other | Products / Completed Operations | All Other | Products / Completed Operations | All Other |
| **LOC. 2 - NE**<br>**INSURANCE AGENTS**<br>**INCL PROD AND/OR COMP OP** | 06055 | A 3,500 | | 17.311 | | ■ |
| **LOC. 5 - NE**<br>**INSURANCE AGENTS**<br>**INCL PROD AND/OR COMP OP** | 06055 | A 4,752 | | 19.222 | | ■ |
| **LOC. 6 - NE**<br>**INSURANCE AGENTS**<br>**INCL PROD AND/OR COMP OP** | 06055 | A 5,600 | | 19.222 | | ■ |
| **EXTENDED LIABILITY** | 20296 | | | 2% | | ■ |
| **ADDITIONAL INSUREDS -**<br>**OWNER, LESSEE, CONTRACTOR** | 29919 | | | | | ■ |

The General Liability Coverage Part is subject to an annual minimum premium.

TOTAL ANNUAL PREMIUM ■

**FORMS AND / OR ENDORSEMENTS APPLICABLE TO COMMERCIAL GENERAL LIABILITY COVERAGE PART:**

| | | |
|---|---|---|
| CG0001 | 04/13 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| GCP202 | 09/20 | CINCIPAK™ COMMERCIAL GENERAL LIABILITY EXTENDED LIABILITY ENDORSEMENT |
| GCP403 | 12/22 | CINCIPAK™ COMMERCIAL GENERAL LIABILITY AMENDATORY ENDORSEMENT |
| CG2010 | 12/19 | ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION |

**GA 532 07 08**                    ECP 030 34 06                    **Page 1 of 2**

| CG2106 | 05/14 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION |
| CG2132 | 05/09 | COMMUNICABLE DISEASE EXCLUSION |
| CG2147 | 12/07 | EMPLOYMENT - RELATED PRACTICES EXCLUSION |
| CG2248 | 04/13 | EXCLUSION - INSURANCE AND RELATED OPERATIONS |
| CG2503 | 05/09 | DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGGREGATE LIMIT |
| CG2504 | 05/09 | DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT |
| GA3064 | 09/20 | EXCLUSION - ASBESTOS |
| GA3074 | 09/22 | EXCLUSION - CYBER LIABILITY |
| GA4250 | 09/20 | MOBILE EQUIPMENT SUBJECT TO MOTOR VEHICLE INSURANCE LAWS |
| GA4531 | 09/20 | AMENDMENT - POLLUTANT DEFINITION |
| GA4566 | 06/22 | AMENDMENT - RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION |