IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

THE CINCINNATI INSURANCE COMPANY, an Ohio insurance company;

Plaintiff,

vs.

ELLERBROCK-NORRIS AGENCY, INC., a Nebraska corporation; and ALMA PALACIOS, a resident of the State of Nebraska, duly appointed Guardian and Conservator of Quirino Romero Cortes;

Defendants.

**8:26CV355**

**ORDER RECUSING THE UNDERSIGNED JUDGE**

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a). This statutory provision states, "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge concludes that recusal from this case is appropriate. Accordingly,

IT IS ORDERED that the undersigned judge recuses himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

Dated this 19th day of October, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge